# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
Pensacola Division

## CIVIL RIGHTS COMPLAINT FORM FOR
## PRO SE, PRISONER LITIGANTS IN ACTIONS UNDER
## 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Roland SaintHot                    ,

Inmate ID Number: Y45056           ,

"Amended Complaint"

_____ ,

*(Write the full name and inmate ID*
*number of the Plaintiff.)*

Case No.: 3:18CV 441/MCR/EMT
*(To be filled in by the Clerk's Office)*

**v.**

Officer Whitehead                  ,

LT. Johnson                        ,

Officer Peacock                    ,

*(Write the full name of each*
*Defendant who is being sued. If the*
*names of all the Defendants cannot*
*fit in the space above, please write*
*"see attached" in the space and*
*attach an additional page with the*
*full list of names. Do not include*
*addresses here.)*

**Jury Trial Requested?**
☑ **YES**  ☐ **NO**

"See attached"

_____ /

Filed 0419'18 UsDcFln3PM1255

Pg 1

Sgt. Medders
Officer Ericsherson

## I. PARTIES TO THIS COMPLAINT

### A. Plaintiff

Plaintiff's Name: Roland Carly Sointlot   ID Number: 475656

List all other names by which you have been known: ___ ___ ___

___ ___ ___ ___ ___ ___ ___ ___ ___

Current Institution: Santa Rosa Correctional Institution

Address: 5850 East Milton Road

Milton FL, 32583

### B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation.  For individual Defendants, identify the person's official position or job title, and mailing address.  Indicate the capacity in which the Defendant is being sued.  Do this for *every* Defendant:

1. Defendant's Name: Christoph, Whitehead

Official Position: Officer at Santa Rosa

Employed at: Santa Ross Correctional Institution

Mailing Address: 5850 East Milton Road

Milton FL, 32583

☑ Sued in Individual Capacity          ☑ Sued in Official Capacity

2.  Defendant's Name: Mr. Johnson

    Official Position: Lieutenant at Santa Rosa

    Employed at: Santa Rosa Correctional Institution

    Mailing Address: 5850 East Milton Road

    Milton FL 32583

    ☑ Sued in Individual Capacity          ☑ Sued in Official Capacity

3.  Defendant's Name: Mr. Peacock

    Official Position: Officer at Santa Rosa

    Employed at: Santa Rosa Correctional Institution

    Mailing Address: 5850 East Milton Road

    Milton FL 32583

    ☑ Sued in Individual Capacity          ☑ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)* attaching additional pages

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

pg3

4. Mr. Ericaherson
Officer at Santa Rosa
Santa Rosa Correctional Institution
5850 East Milton Road
Milton FL 32583
Sued in Individual Capacity ✓   Sued in official Capacity ✓

5. Mr. Medders
Sgt at Santa Rosa
Santa Rosa Correctional Institution
5850 East Milton Road
Milton FL 32583
Sued in Individual Capacity ✓  Sued in official Capacity ✓

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)     ☑ State/Local Officials *(§ 1983 case)*

## III. PRISONER STATUS

Indicate whether you are a prisoner, detainee, or in another confined status:

☐ Pretrial Detainee            ☐ Civilly Committed Detainee

☑ Convicted State Prisoner     ☐ Convicted Federal Prisoner

☐ Immigration Detainee         ☐ Other *(explain below)*:

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.*** You may make copies of the following page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages

(Page 1 of 7)

should be attached. *Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.*

## COMPLAINT

## Preliminary Statement

1. Roland Sainthot, a man with a history of mental illness was a Prisoner in the custody of the Florida Department of Corrections at Santa Rosa Correctional Institution Annex when he was unlawfully assaulted and beaten by Correctional officer Whitehead and Lieutenant Johnson at that time was a Sergeants, officer Ericaherson, officer Peacock and Unknow named Correctional Stoff, Also Sergeants Medder at that time was officer who gave Sainthot his Disciplinary Report that was worte By Christoph Whitehead. Sergeants Medder try to flase statement on Sainthot Disciplingry Report. When Mr. Sainthot informed the worden, Mr. J Coker and the Secretary of the assault and beating both failed to take remedial measures to discipline and Protect Mr. Sainthot. Mr. Sainthot brings

**Statement of Facts Continued** *(Page 2 of 7 )*

this suit under 42 U.S.C. Section 1983 for violation
of his rights under the 8th and 14th Amendments to
the United States Constitution and seeks declaratory
relief and damages.

Brief Statement of Facts

2. On November 10, 2016 While housed in Q-dormitory, Which
is an inpatient Mental Health dorm at Santa Rosa Correctional
Institution Annex at approximatly 2:00pm-2:30pm Sgt.
Johnson, officer Whitehead, officer Peacock, Officer Ericason
Staged a false use of force to cell extract Mr. Ssintlot out
of Cell #2116 Wing 2. Said officials lied about Mr. Saintlot
being unresponsive to enter the cell for a life safety
check. It should be noted Mr. Ssintlot was no time unre-
sponsive to staff.

3. Sgt. Johnson, officer Whitehead, officer Peacock, officer
Ericgherson and several Unknow Correctional officers
entered Mr. Ssintlot Cell Unlawfully and Commenced to
beating Mr. Ssintlot, Physically assaulting him by Purching
and kicking him in the head, face and upper torso repeatedly

page 3 of 7

for approximatly 2 to 3 minutes non-stop while giving order to Mr. Sainthot to Stop registing them. It should be noted that at no time was Mr. Sainthot resisting any command of any of the defendants. The defendants were saying that to make it appear Mr. Sainthot was resisting when he was not for the Sole purpose of beating Mr. Sainthot unlawfully. All Mr. Sainthot did was ball up and try to Cover himself to protect him to the best of his ability from the relentless Physical beating and assault.

4. After the beating and assault finally stopped, the Stiff abuse and assault was reported on the hand held Camera to and by the Unknow Female Lieutenant on duty.

5. It should be noted the Fixed Wing Cameras will Show everything from 10:00 am ― 2:08 pm Show this Staged false life Safety Check of Cell extraction where Mr. Sainthot was never given the opportunity to Submit to hand restraints.

6. It Should also be noted Cameras will Show the Physical injuries to Mr. Sainthot from this unlawful beating and assault of Mr. Sainthot bleeding from the Mouth and other areas.

7. Mr. Sainthot tooth was chip out of his mouth during this unlawful beating Right head Bone pop during this unlawful beating and assault and Should be documented in Mr. Sainthot Medical records unless the nurse refused to document the injury or falsified the documents of injury which won't be know until Mr. Sainthot files

page 1 8 of 7

a Subpoena for his medical Records which he will
do in a timely manner once this suit Commences.

8. As a proximate result of all of the above, Mr. Saintlot
faced a constant and pervasive threat of violence,
assault, and harassment.

9. As a proximate result of all of the above, Mr. Saintlot
recieved actual physical bodily harm.

10. As a result of the Defendant's acts and omissions
which are the subject of this suit, Mr. Saintlot has
suffered physical injuries, emotional pain,
psychological injury, humiliation, embarrassment
and constant fear

11. On Nov. 21, 2016 at 9:45 am Sgt. Medders Before
that was a officer Came to delivered my Discip
linary Report. During my Disciplinary Report officer
Medders was playing around with my statement until
I yell loud Cause officer Medders was writing false
statement on the Report. A unknow officer who jump
on Me Nov 10, 2016 Came over and Told me to Shut
up While him and officer (Medders) Joking and Beeing disrespectfull to me and the other officer was telling
officer Medder how they Jump on Me and how
They Chip my teeth and beat me up. Q-dorm

12. On Feb 3, 2018 I was house In G-dorm Wing 2
2107 bottom. At Approximately 9:26 pm Sgt. Medders
Came In doing Master roster Count. Me and another
Inmate was loud Sgt. Medder to us to Shutup, I
told him don't talk to me like a dog. Sgt. Meddres
say it out loud for audio/Camera to hear him, "Tell

the wings 2 what happen to your Chip teeth. I
Say it take 8 officer to Jump on me While I
was Sleep. Sgt Medder Say again this time Walking
up Stair "Remember how we had you Crying like
a Little Bicth In Q-dram. As Soon he Say that
I worte a Informal Grievance about this.

13. I would lpke The Court to request All audio
Camera, for each date

## Causes of Action
### Count I ( 42 U.S.C 1983 Against Defendants

14. Plaintiff realleges and incorporates by referance
the allegations of paragraphs 1 through 17 above as
though fully set forth herein

15. All Defendants engaged in a deliberate and out
rageous invasion of Mr. Sainthot's bodily integrity
that Shocks the Conscience in Violation of his
rights under the 8th and 14th Amendment to the
United States Constitution in 42 U.S.C Section
1983.

16. All The Defendants Misused and abused the
official power granted to then by the State in
the Performance of their offical duties thereby
causing harm to Mr. Sainthot.

17. All the Defendants engaged in Conduct with Malice
and reckless or callous indifference to the cons-
titutional and Statutory right of Mr. Sainthot

18. The Defendant's acted with deliberate indiffer-

ence to Mr. Saintlot's personal safety and placed Mr. Saintlot in a purposeful substantial risk of serious harm.

19. The deprivations of Mr. Saintlot's rights described herein constitute a risk of harm so grave that it violated contemporary standards of decency.

20. As a direct and proximate result of Defendant's conduct, Mr. Saintlot has suffered damages.

## Relief Requested

25. WHEREFORE, Plaintiff Roland Saintlot requests the following relief from the Court:

(A) Money damages- The Plaintiff requests the court each defendant's to pay Plaintiff money to make up for harm Plaintiff suffered in the past

(B) A declaratory Judgement that the Policies, Practicies, acts and omissions Complained of herein violated Plaintiff's rights;

(C) Compensatory damages against each defendant, Jointly and Severally;

(D) Punitive damages against each defendant, jointly and Severally;

(E) Retention of Jurisdiction over defendants until the Court is Satisfied defendant's unlawful policies, Practicies, act and omissions no longer exist and will

not recur;

E) Reasonable attorney fees and costs pursuant to U.S.C Section 1988 if Court appoints such attorney;

G) Such Further relief as the Court deems just and Proper.

## Demand For Jury Trial

26) Plaintiff requests a trial by jury on all issues triable by a jury.

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III. If more than one Defendant is named, indicate which claim is presented against which Defendant.

All the Defendant's violated Plaintiff Saintlot's right under the Eighth Amendment to the United States Constitution and caused Plaintiff Saintlot pain, Suffering (Both Chip teeth) (Right hand Bone pop), Physical injury and emotional distress

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

Granting Plaintiff Saintlot Compensatory damages in the amount of $250,000 against all defendant's. Plaintiff Saintlot Seeks punitive damages in the amount of $100,00. Plaintiff Saintlot Seeks damages on defendant Sgt.Medder $20,000. Any additional relief this Court deem just, Proper, and equitable Also Plaintiff request Camera / Audio.

**ATTENTION:** *The Prison Litigation Reform Act ("PLRA") does not permit awards for punitive or compensatory damages "for mental or emotional injury suffered while in custody without a prior showing of physical injury or the commission of a sexual act . . . ." 42 U.S.C. § 1997e(e).*

## VII. EXHAUSTION OF ADMINISTRATIVE REMEDIES

The PLRA requires that prisoners exhaust all available administrative remedies *(grievance procedures)* before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.*

## VIII. PRIOR LITIGATION

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. To the best of your knowledge, have you had any case dismissed for a

reason listed in § 1915(g) which counts as a "strike"?

☐ YES ☑NO - I don't know

If you answered yes, identify the case number, date of dismissal and

court:

1. Date: _____ _____ _____ Case #: _____

   Court: _____

2. Date: _____ Case #: _____

   Court: _____

3. Date: _____ Case #: _____

   Court: _____

*(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits in either *state or federal court* dealing with

the same facts or issue involved in this case?

☑YES ☐NO - And I don't know

If you answered yes, identify the case number, parties, date filed, result

(*if not still pending*), name of judge, and court for each case *(if more*

*than one)*:

1. Case #: 3:18 cv 441      Parties: Some People
             MCR/EMT

Court: _District Court_ Judge: _Don't Know Judge_

Date Filed: _3-20-18_ Dismissal Date *(if not pending)*: _Case Still Pending_

Reason: _____

2.  Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

C.  Have you filed any other lawsuit in federal court either challenging your

conviction or otherwise relating to the conditions of your confinement?

□ YES   ☒ NO

If you answered yes, identify all lawsuits:

1.  Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

2.  Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

3.  Case #: _____ Parties: _____

Court: _____ _____ Judge: _____ _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: __ _____ _____ _____

4. Case #: _____ Parties: _____ _____

Court: _____ _____ Judge: _____

Date Filed: _ _____ Dismissal Date *(if not pending)*: _____

Reason: _____ _____ _____

5. Case #: _____ Parties: _____

Court: _____ _____ Judge: _____ _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____ _____ _____ __

6. Case #: _____ Parties: _____ _____

Court: ___ _____ _____ Judge: _____ _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____ _____ _____ _____

*(Attach additional pages as necessary to list all cases.* **Failure to**

**disclose all prior cases may result in the dismissal of this case.)**

## IX. CERTIFICATION

I declare under penalty of perjury that the foregoing (including all

continuation pages) is true and correct. Additionally, as required by Federal

Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 4-17-18  Plaintiff's Signature: *Roland Saintlot* DC# 445056

Printed Name of Plaintiff: Roland Saintlot DC# 445056

Correctional Institution: Santa Rosa Correctional Institution

Address: 5850 Milton Road East

Milton FL, 32583

**I certify and declare, under penalty of perjury, that this complaint was (check one)** ☑ **delivered to prison officials for mailing or** ☑ **deposited in**

the prison's mail system for mailing on the ___17___ day of _April_____,

20 _18_ .


Signature of Incarcerated Plaintiff: _Roland Saintlot_ _DC# Y45056_

```
┌─────────────────────────────┐
│         PROVIDED            │
│    TO SANTA ROSA C.I.       │
│ ON    APR 1 7 2018          │
│ FOR MAILING BY R. J         │
└─────────────────────────────┘
```

Roland Carly Saintlot DC# V45056
Santa Rosa Correctional Institution
5850 East Milton Rd
Milton FL, 32583-7914

CHECKED APR 19 2018

United States District Court
Clerk of Court
100 North Palafox Street
Pensacola, FL 32502

Legal Mail

TO SANTA ROSA C.I.

ON **APR 17 2018**

FOR MAILING BY _R.S_ Legal
Mail

MAILED FROM
A STATE CORRECTIONAL
INSTITUTION



U.S POSTAGE >> PITNEY BOWES

ZIP 32583
02 1W
0001403059 APR 18 2018

$ 000.00°