UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROLAND CARLY SAINTLOT,
    Plaintiff,

vs.                       Case No.: 3:18cv441/MCR/MJF

OFFICER WHITEHEAD, et al.,
    Defendants.
_____/

## **O R D E R**

This cause is before the Court on consideration of the Chief Magistrate Judge's Report and Recommendation dated January 3, 2019 (ECF No. 33). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No timely objections have been filed.

Having considered the Report and Recommendation, and the record, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Chief Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's "Declaration for Entry of Default" (ECF No. 32), "Motion for Default Judgment" (ECF No. 35), and "Declaration for Entry of Default" (ECF No. 36) are **DENIED**.

3. This case is recommitted to the Magistrate Judge Michael J. Frank for further proceedings on Plaintiff's claims.

**DONE AND ORDERED** this 6th day of February 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**