**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**CIVIL RIGHTS COMPLAINT FORM**
**TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983**

**ROLAND CARLY SAINTLOT**,

**Inmate ID Number: Y45056**,

v.                                                              **CASE NO: 3:18-cv-441-TKW/MJF**

Officer Christoph, White Head,
Officer Peacock, Lee,
Lieutenant Johnson, Jonathan,
Officer Robert, Putnam,
Officer James, McClain.

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

**ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:**

FILED USDC FLND PN
OCT 4 '19 PM 1:10

Additional pages
Officer Richard Kerns
Officer Raymond Konzelman

I. **PLAINTIFF:**

State your full name, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: Roland Carly SaintHot
Inmate Number: Y45056
Prison or Jail: Suwannee Correctional Institution
Mailing address: 5964 US HWY 90
Live Oak FL 32060-8694

II. **DEFENDANT(S):**

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for **every** Defendant:

(1) Defendant's name: Christoph Whitehead
    Official position: Officer
    Employed at: Santa Rosa Correctional Institution
    Mailing address: 5850 East Milton Road
    Milton Florida 32583

(2) Defendant's name: Lee Peacock
    Official position: Officer
    Employed at: Santa Rosa Correctional Institution
    Mailing address: 5850 East Milton Road
    Milton Florida 32583

(3) Defendant's name: Jonathan Johnson
    Official position: Sergeant (now Lieutenant)
    Employed at: Santa Rosa Correctional Institution
    Mailing address: 5850 East Milton Road
    Milton Florida 32583

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

2

ADDITIONAL PAGES

4) Defendant's name: Robert Putman
   Official Position: Officer
   Employed at: Santa Rosa Correctional Institution
   Mailing address: 5850 East Milton Road
                    Milton Florida 32583

5) Defendant's name: Officer James, McClain
   Official Position: Officer
   Employed at: Santa Rosa Correctional Institution
   Mailing address: 5850 East Milton Road
                    Milton Florida 32583

6) Defendant's name: Richard Kerns
   Official Position: Officer
   Employed at: Santa Rosa Correctional Institution
   Mailing address: 5850 East Milton Road
                    Milton Florida 32583

7) Defendant's name: Raymond Konzelman
   Official Position: Officer
   Employed at: Santa Rosa Correctional Institution
   Mailing address: 5850 East Milton Road

2B

### III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

### IV. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A. Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
Yes(✓)     No( )

1. Parties to previous action:
   (a) Plaintiff(s): Roland Carly Saintlot
   (b) Defendant(s): Officer Peacock, Eric aherson, Nupp, and Sergeant Medders
2. Name of judge: Charles J. Kahn Jr.     Case #: 3:18-cv-1335-RV-CJK
3. County and judicial circuit: Northern District of Florida Pensacola Division
4. Approximate filing date: I Think May 14, 2018
5. If not still pending, date of dismissal: I Think May 16, 2018
6. Reason for dismissal: Plaintiff did not indicate he was unsure about his litigation hist.
7. Facts and claims of case: Negligence - Food

**(Attach additional pages as necessary to list state court cases.)**

B. Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

Yes( ) I don't know    No( )

1. Parties to previous action:
   a. Plaintiff(s): Roland Carly Ssintlot
   b. Defendant(s): Johnson
2. District and judicial division: Northern District of Florida Pensacola Division
3. Name of judge: Don't know     Case #: 3:18-cv-22L-HCR-CJK
4. Approximate filing date: Don't know
5. If not still pending, date of dismissal: Case been dismissed
6. Reason for dismissal: Frivolous, Malicious

3

7. Facts and claims of case: "Excessive force, Physical Brutality"

**(Attach additional pages as necessary to list other federal court cases.)**

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes(✓)   No( )

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a. Plaintiff(s): Roland Carly Ssintlot
   b. Defendant(s): Lieutenant Stoke, et al
2. District and judicial division: Northern District of Florida Pensacola Division
3. Name of judge: Elizabeth M. Timothy   Case #: 3:18-cv-1334/LAC/EMT
4. Approximate filing date: May 14, 2018
5. If not still pending, date of dismissal: (se Still pending
6. Reason for dismissal: Case Still pending
7. Facts and claims of case: "Excessive Force" "Physical Brutality" "Police Brutality"

**(Attach additional pages as necessary to list cases.)**

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes( ) I don't know   No( )

1. Parties to previous action:
   a. Plaintiff(s): Roland Carly Ssintlot
   b. Defendant(s): Officer Wills and Officer White
2. District and judicial division: Northern District of Florida Pensacola Division
3. Name of judge: Charles J. Kahn, Jr.   Case Docket #: 3:18-cv-02396-LC-HTC
4. Approximate filing date: December 21, 2018   Dismissal date: April 25, 2019
5. Reason for dismissal: Case was dismissal - Can't remember

4

6. Facts and claims of case: The facts and Claims of this case Stolely Property.

**(Attach additional pages as necessary to list cases.)**

## V. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how <u>each</u> Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. <u>Do not make any legal arguments or cite to any cases or statutes.</u> You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

## COMPLAINT

### Preliminary Statement

1. Roland SaintHot, A man with a history of mental illness was a prisoner in the custody of the Florida Department of Corrections at Santa Rosa Correctional Institution Annex when he was unlawfully assaulted and beaten by Correctional Officer Christoph Whitehead, Officer Lee Peacock, Lieutenant (Back then was Sergeant) Jonathan Johnson, Officer Robert Putnam, Officer James McClain, Officer Richard Kerns, Officer Raymond Konzelman. When Mr. SaintHot informed the Warden, Mr. J. Coker and the Secretary of the assault and being both failed to take remedial Measures to discipline and Protect Mr. Saint-lot. Mr. SaintHot brings this Suit Under 42 U.S.C. Section 1983 for Violation of his rights Under the 8th and 14th Amendment to the United States Constitution and seek declaratory relief and damages.

### Jurisdiction

2. The Court has jurisdiction over Plaintiff's Claims pursuant to 28 U.S.C Sections 1331 and 1343 (a)(3) and (a)(4)

### Venue

3. Venue is proper as to all defendants Pursuant to 28 U.S.C. Section 1391(a)(2) and (b)(2) because the events giving rise to the Claims Occured within this district.

## Parties

4. Plaintiff Roland Saintlot is a Citizen of Florida Currently incarcerated as a Sentenced Prisoner at the (Suwannee Correctional Institution in live oak Florida.

5. Defendant(s) Officer Christoph Whitehead, Officer Lee Peacock, Lieutenant Jonathan Johnson, Officer Robert Putnam, Officer James McClain, Officer Richard Kerns, Officer Raymond Konzelman at the time of the events described herein, Was employed by the florida Department of Corrections. Each Defendant(s) is Sued in individual Capacity.

## Exhaustion

6. At all relevant times, all defendants acted Under Color of State law and within the Course and Scope of their employment.

7. Mr. Saintlot has exhaustion Such administrative remedies as were available to him. On October 18, 2017 Mr. Saintlot filed an informal Grievance Pursuant to Florida Administrative Code Rule 103.002 and on October 25, 2017, Mr. Saintlot filed a formal grievance to the Warden Pursuant to Florida Administrative Code Rule 103.002 and on November 7, 2017 Mr. Saintlot filed a formal appeal to the Secretary Pursuant to Florida Administrative Code Rule 103.002. Mr. Saintlot Can Show the Court Copies of Said documents if requested and other grievance.

## Brief Statement of Facts

8. On November 10, 2016 While housed in Q dormitory, Which is an inpatient Mental Health dorm at Santa Rosa Correctional Institution Annex at approximatly 10:00-11:00am Mr. Saintlot had a dispute, arguement with Officer Christoph WhiteHead, Officer Robert Putnam After the dispute, arguement was over Officer Christoph WhiteHead, Officer Robert Putnam left Mr. Saintlot Cell Q2116s Q-Wing 2. See/view Video: Fixed Wing Camera

9. After 4 or 5 hour later the same two officer Christoph Whitehead, Officer Robert Putnam Came back to Mr. Saintlot Cell with 5 more Officer Lieutenant Johnson Who Was Sergeant Back then Jonathan Johnson, Officer James McClain, Officer Richard Kerns, Officer Lee Peacock, and Officer Raymond Konzelman Staged a false use of force to Cell extract Mr. Saintlot out of Cell #2116 on Wing 2. Said officials lied about Mr. Saintlot being Unresponsive to enter the cell for a life Safety Check. It Should be noted Mr. Saintlot was at no time Unresponsive to Staff But Sleeping In Corner.

10. Defendant(s) Christoph WhiteHead, Robert Putnam, Jonathan Johnson, James McClain, Richard Kerns, Lee Peacock, Raymond Konzelman entered Mr. Saintlot on a false life Safety Check Cell unlawfully and Commenced to beating Mr. Saintlot Physically assaulting him by Punching and Kicking him in the head, face and upper torso repeatedly for approximatly 2 to 3 minutes non-Stop While giving orders to Mr. Saintlot to Stop resisting them. It Should be noted that at no time Was Mr. Saintlot resisting any Commands of any of the defendants. The defendants were Saying that to make it appear Mr. Saintlot was resisting when he was not for the sole purpose of beating Mr. Saintlot Unlawfully. All Mr. Saintlot did Was ball up and try to Cover himself to Protect him to the best of his ability from the relentless Physical beating and assault.

6A

11. After the beating and assault finally stopped, the staff abuse and assault was reported on the handheld camera to and by the Lieutenant or Captain Name Janine Cannon on duty.

12. It should be noted the fixed wing cameras will show this staged false cell extraction or life safety check where Mr. Saintlot was never given the opportunity to submit to hand restraints or did the Defendant(s) knock on Mr. Saintlot cell or call the Medical Nurse on the life safety check.

13. It should also be noted handheld cameras or fixed wing cameras will show the physical injuries to Mr. Saintlot from this unlawful beating and assault of Mr. Saintlot bleeding from the Mouth, Left Side of face Swollen, left hand abrasion across knuckle; and chip teeth.

14. Mr. Saintlot tooth was chip out of his mouth during this Unlawful beating and assault and right hand fractured this should be documented in Mr. Saintlot medical records unless the nurse refused to document the injury or flasified the documents of injury which won't be know until Mr. Saintlot files a Subpoena for his medical records which he will do in a timely manner once this suit commences.

15. As a proximate result of all of the above, Mr. Saintlot faced a constant and pervasive threat of violence, assault, and harassment.

16. As a proximate result of all of the above, Mr. Saintlot recieved actual physical bodily harm.

17. As a result of the defendant's acts and omissions which are the subject of this suit, Mr. Saintlot had suffered physical injuries, emotional


Pain, Psychological injury, humiliation, embarrassment and Constant fear.

## Cause of Action
### Count I (42 U.S.C. 1983 Against Defendants

18. Plaintiff realleges and incorporates by reference the allegations of Paragraphs 1 through 17 above as though fully set forth herein.

19. Defendant(s) Officer Christoph Whitehead, Officer Lee Peacock, Lieutenant Jonathan Johnson, Officer Robert Putnam, Officer James McClain, Officer Richard Kerns, Officer Raymond Konzelman Misused and abused the Official Power granted to them by the State in performance of their official duties thereby causing harm to Mr. Saintlot

20. Defendant(s) Officer Christoph Whitehead, Officer Lee Peacock, Lieutenant Jonathan Johnson, Officer Robert Putnam, Officer James McClain, Officer Richard Kerns, Officer Raymond Konzelman, engaged in a deliberate and outrageous invasion of Mr. Saintlot's bodily integrity that Shocks the Conscience in Violation of his rights under the 8th and 14th Amendments to the United States Constitution in 42 U.S.C. Section 1983

21. Defendant(s) officer Christoph Whitehead, Officer Lee Peacock, Lieutenant Jonathan Johnson, Officer Robert Putnam, Officer James McClain, Officer Richard Kerns, Officer Raymond Konzelman engaged in conduct with Malice and reckless or callous indifference to the Constitutional and Statutory rights of Mr. Saintlot

22. Defendant(s) Officer Christoph Whitehead, Officer Lee Peacock, Lieutenant Jonathan Johnson, Officer Robert Putnam, Officer James McClain, Officer Richard Kerns, Officer Raymond Konzelman acted with

deliberated indifference to Mr. Saintlot's personal Safety and placed Mr. Saintlot in a purposeful Substantial risk of Serious harm.

23. The deprivations of Mr. Saintlot's rights described herein Constitue a risk of harm So gave that it Violated Contemporary Standarats of decency.

24. As a direct and Proximate result of Defendant's Officer Christoph WhiteHead, Officer Lee Peacock, Lieutenant Jonathan Johnson, Officer Robert Potnary, Officer James McClain, Officer Richard Kerns, Officer Raymond Konzelman Conduct, Mr. Saintlot has Suffered damages.

## Relief Requested

25. WHEREFORE, Plaintiff Roland Carly Saintlot request the following relief from the Court;

(A) A declaratory judgement that the Policies, Practicies, acts and omissions Complained of herein Violated Plaintiff's Rights;

(B) Compensatory damages against each defendant, jointly and Severally;

(C) Retention of Jurisdiction over defendants until the Court is Satisfied defendant's Unlawful Policies, Practicies, acts and omissions no longer exist and will not recur;

(D) Reasonable Attorney fees and costs pursuant to U.S.C. Section 1988 if Court a

(E) Such further relief as the Court deems just and Proper.

## Demand for Jury Trial

26. Plaintiff request a trial by Jury on all issues triable by a Jury

Plaintiff request Evidence on his behalf

① Fixed Wing Q Dormitory Wing 2 Video/camera 2:08 pm
② Handheld Video Camera November 10, 2016 2:10 pm

## VII. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal argument or cite to Cases/Statutes

Plaintiff Seeks $100,000 for "Compensatorial Damages" in the amount from all defendant(s) jointly being that the Plaintiff had his tooth cracked/chip, left side of face swollen; left hand abrasion across knuckle; Busted bottom lip, and Suffered from excruciating Pain in his jaw/mouth. Moreover Plaintiff recieved a fractured Right hand which was attributed from this incident. Hence, Plaintiff was Prescribed Pain Medication due to this injury to endure the Unbearable Pain

Plaintiff also Seeks another $100,000 for "Punitive Damages" jointly from all defendant(s) being that all of the said defendants intentionally; deliberately harmed and injured me while acting Under Color of State law.

10/2/19
Date

*Roland Carly Sanllot*
(Signature of Plaintiff)

## VI. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

The Plaintiff Mr. Roland Carly Saintlot Constitution, law United States Claim have been Violated.

① Mr. Saintlot Eighth Amendment Right been Violated Right to be free from Cruel and Unusual Punishment

② 1. "Excessive force" Physical Brutality-Where prison official Use Unnecessary and Wanton infliction of Pain, Eighth Amendment has been Violated

## VII. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

Plaintiff Seeks 100,000$ for "Compensatorial Damages" in the amount from all defendants Jointly. Plaintiff Seeks another $100,000 for "Punitive Damages" Jointly from all defendant(s) being that all of the Said defendants intentionally? deliberately harmed and injured Plaintiff while acting Under Color of State law

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

10/2/19
(Date)

Roland Carly Saintlot
(Signature of Plaintiff)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☑ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on: the 2 day of October, 2019.

Roland Carly Saintlot
Signature of Plaintiff

Revised 03/07