IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ROLAND CARLY SAINTLOT**
**DOC# Y45056,**

    Plaintiff,

vs.                                   Case No. 3:18-cv-441-TKW-MJF

**WHITEHEAD, ET AL.,**

    Defendants.
_____/

**DEFENDANTS' ANSWER, DEFENSES AND AFFIRMATIVE DEFENSES**

    **Raymond Konzelman**, **Christopher Whitehead**, **Lee Peacock III**, and **Johnathan Johnson** ("Defendants"), hereby answers **Ronald Carly Saintlot's** ("Plaintiff") Fourth Amended Complaint, (Doc. 66)[1], as follows:

**I.**     **PLAINTIFF** (Doc. 66 at 3)

Admit.

**II.**     **DEFENDANT(S)** (*Id*. at 3-4)

1-3. Admit.

4-6. Denied, as not addressed to Defendants.

7. Admit.

---

[1] Each document filed in this case as part of the Electronic Case File will be referenced as "Doc." followed by the document number.

III. **EXHAUSTION OF ADMINISTRATIVE REMEDIES** (*Id*. at 5).

Without statement as instructions are being given.

IV. **PREVIOUS LAWSUITS** (*Id*. at 5-7)

Deny as without knowledge.

V. **STATEMENT OF FACTS** (*Id.* at 7-11)

1. Admit that Plaintiff was an inmate within the Florida Department of Corrections. Otherwise, denied.

2-3. Admit.

4. Admit that Plaintiff is incarcerated within the Florida Department of Corrections. Otherwise, denied.

5. Admit that Defendants were officers within the Florida Department of Corrections. No statement as to what capacity Plaintiff is suing the individuals.

6. Admit.

7-8. Deny as without knowledge.

9. Admit that a life safety check was conducted by Defendants based on Plaintiff being unresponsive. Deny the remainder of Plaintiff's allegations.

10. Deny.

11. Admit that Plaintiff was filmed after the life safety check was conducted. Deny the remainder of Plaintiff's allegations.

12-17. Deny.

## VI. STATEMENT OF CLAIMS (*Id*. at 11-12, 14)

18. No statement as Plaintiff incorporates paragraphs.

19-24. Deny.

Deny each of Plaintiff's claims on page 14.

## VII. RELIEF REQUESTED (*Id*. at 12-13, 14)

Deny that Plaintiff is entitled to any relief whatsoever.

## VIII. DEMAND FOR JURY TRIAL (*Id*. at 13)

No statement as Plaintiff requests a jury trial.

## IX. DEFENSES AND AFFIRMATIVE DEFENSES

1. Plaintiff fails to state a cause of action against Defendants.

2. Plaintiff fails to state a claim upon which relief can be granted.

3. Defendants has not deprived Plaintiff of any rights, privileges, or immunities secured by the United States Constitution.

4. Plaintiff is not entitled to any damages as Plaintiff has not suffered any injury.

5. Defendants are entitled to qualified immunity for their actions relative to the incident set forth in Plaintiff's Fourth Amended Complaint.

6. Plaintiff is barred under 42 U.S.C. §1997e(a) from raising any claims because he has failed to exhaust his administrative remedies.

7. Plaintiff has failed to state a cause of action because there is no causal connection between Plaintiff's claimed injuries and action or inaction by Defendant as required for liability under 42 U.S.C. §1983.

8. Plaintiff's claim for damages is barred pursuant to the Prison Litigation Reform Act (PLRA) based on lack of a physical injury as a result of the alleged actions by Defendants.

9. The actions taken by Defendants about the incident were reasonable upon objective evaluation and not so grossly disproportionate to the need to take those actions so as to warrant recovery under 42 U.S.C. § 1983.

10. Defendants are entitled to 11th Amendment Immunity based on suit against them in an official capacity.

11. Plaintiff failed to mitigate his own injuries.

## X. RESERVATION OF RIGHTS TO AMEND AND SUPPLEMENT

Defendants reserve the right to amend and supplement these affirmative defenses adding such additional affirmative defenses as may appear to be appropriate upon further discovery being conducted in this case.

## XI. DEMAND FOR JURY TRIAL

Defendants demands a jury trial on all issues so triable.

Respectfully submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872

/s/ Kristen J. Lonergan
Kristen J. Lonergan
Assistant Attorney General
Florida Bar No. 125556
kristen.lonergan@myfloridalegal.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was e-filed electronically through CM/ECF on December 1, 2019, and furnished by U.S. Mail to: Roland Saintlot, DOC# Y45056, Santa Rosa Correctional Institution, 5850 East Milton Rd., Milton, Florida 32583-7914 on December 2, 2019.

/s/ Kristen J. Lonergan
Kristen J. Lonergan
