IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

Roland Carly Saintlot,
DOC# 445056,
Plaintiff,

vs.

Case No. 3:18-cv-441-TKW/MAF
Hon. T Kent Wetherell
Mag. Judge Martin A. Fitzpatrick

Officer White Head, et al.,
Defendants

## RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT

Comes now, the Plaintiff, ROLAND CARLY SAINTLOT, pro Se with No Legal Education, Nor do he have a diploma nor any expertise or knowledge about law also have a long history of Sever mental illness with numerous commitments into inpatient mental health Units within the Department of Corrections, Which clearly show the Plaintiff's Mental Health Status is Very fragile and Plaintiff could be taken advantage of because of this, In Proper Person, and hereby files this response to Defendant's Motion for Summary Judgement with this Honorable Court. In support of this response the Plaintiff State the following:

I. Plaintiff is entitled to Compensatory, Punitive and nominal and/or Presumed damages.

## STATEMENT OF MATERIAL FACTS

On March 15, 2018, Roland Carly Saintlot ("Plaintiff") filed

page1



FILED USDC FLND TL
JUN 4'20 PM 2:05

his Complaint with this Court. See (Doc. 1). Plaintiff is proceeding on a Fourth an Amended Complaint (Doc. 66). Plaintiff is proceeding Pro se with No legal Education, Nor do he have a diploma nor any expertise or Knowledge about law also have a long History of Sever Mental Illness with numerous Commitments into inpatient mental Health Unit within the Department of Corrections, which clearly show the Plaintiff's Mental Health Status is Very fragile and Plaintiff could be taken advantage of this, is a Prisoner in the Custody of the Florida Department of Corrections ("FDOC") Currently housed a State Rosa Correctional Institution (Doc. 47-2) Plaintiff's allegations are based a Use of force Conducted on Plaintiff on November 10, 2016 (Doc. 66).

(A) Plaintiff's allegations are based on an excessive Use of force Conducted on the Plaintiff on November 10th, 2016.

• On November 10th, 2016 Plaintiff was housed in Cell Q2116 at Santa Rosa Correctional Institution, Annex. At Approximately 10:00 am — 11:00 Am or Within that time frame of thereabout Plaintiff had a Verbal dispute with Officer Christopher Whitehead, and Robert Putnam, and When the Verbal arguement was over these two officer walked away from in front of Plaintiff's Cell.

• Approximately 3 or 4 hours later, after having had this verbal dispute with Officers Whitehead and Putnam Officer Whitehead, Officer Putnam, Officer McClain, Officer Kerns, Sergeants Johnson, Officer Peacock, and Officer Konzelman arrived at Plaintiff's Cell front. Officer Whitehead, was holding a Concave Plexiglass Shield and Once the Cell door was opened, these prison officials Stormed the Cell in the order, Stated abore. See (Report of force Used written by Officer White Head, Page 1).

These officials disguised their illegal

Page 2

action by claiming Plaintiff faked an unresponse and then jumped up at the last second to attempt to stand up and strike said officials.

Upon entering Plaintiff's cell the 7 officials proceeded to physically assault and batter the Plaintiff as a group. The Plaintiff was hit so many times from so many different directions the Plaintiff could not account for who laid what punchs and/or kicks.

It is undisputed that these 7 officials entered the Plaintiff's cell. Once in the cell, and while yelling "Inmate, Stop resisting", these officials proceeded to punch and kick the Plaintiff in the upper torso, head, and face numerous times for approximately 2 to 3 minutes non-stop. The Plaintiff did not disobey, nor refuse to follow, any lawful orders or commands issued by any of these officials. The Defendants were only yelling, "Inmate, Stop resisting" for the sole purpose of masking the fact that they relentlessly physically assaulted and battered the Plaintiff while he was curled up in a ball in an effort to minimize the physical injuries sustained.

After being physically assaulted and battered by these officials and escorted to the Q Dormitory medical triage room to receive his post use of force physical examination, the Plaintiff informed the Captain Cannon that was present of the excessive use of force, and reported this as staff abuse. In addition, the nurse conducting the examination did not report the true seriousness of Plaintiff's injuries, which can be seen by a review of the fixed wing cameras and the handheld use of force video footage.

Prison officials' adverse actions were directly related

Page 3

to Plaintiff's protected Conduct.

## PLAINTIFF'S STATEMENT OF DISPUTED Factual
## Issue

Defendant's have moved for Summary judgment on the Plaintiff's Claim(s) Concerning the use of force. Pursuant to Local Rule of this County the Plaintiff Submits the following list of Genuine issues of material fact that require the denial of Defendant's motion for Summary Judgment.

1. Whether the Plaintiff had a Verbal altercation with Defendants White Head and Putnam 3 to 4 hours **prior** to the **incident**, which was the proximate Cause leading up to it, or that Plaintiff allegedly faked being Unresponsive which was the proximate Cause of the incident herein being disputed.

2. Whether the Plaintiff offered any resistance or diso-bedience to Defendants or those Defendants White Head and Putnam 3 to 4 Hour prior to the incident, which was the proximate Cause leading up to it.

3. Whether the Plaintiff allegedly faked being Unrespons-ive.

4. Whether the Plaintiff offered any resistance or disob-edience to Defendant White Head, Putnam, McClain, Kearns, Johnson, Peacock, & Konzelman before they opened his Cell door.

5. Whether the Plaintiff offered any resistance or disobedience to those Defendants when they entered his Cell.

6. Whether the force utilized by the Defendants against the plaintiff was applied in good-faith effort to maintain or restore discipline or maliciously and sadistically to cause harm.

7. Whether the Plaintiff's injuries resulted from his own acts of resistance to the Defendants or from their purposeful use of unnecessary and excessive force.

## MEMORANDUM OF LAW

Summary Judgment is to be granted only if the record before the court show "that there is no genuine issue as to any material fact and that the moving party is entitled to a judgment as a matter of law." See Fed. R. Civ. P. Rule 56(c). A "material" fact is one that "might affect the outcome of the suit under the governing law. Anderson v. Liberty Lobby, Inc.) 477 U.S. 242, 248, 106 S.Ct. 2505 (1986)

The **declarations** of the Plaintiff and the Defendants are squarely contradictory as to the set of circumstances leading up to the incident, what force was used, when it was used, and why it was used. The allegations in the Plaintiff's complaint portray a completely unprovoked and needless use of force against an inmate who was locked in his cell in an Mental Health inpatient (crisis) Tentative Stabilization and Care Unit whose behavior was in compliance with the rules of the Department of Corrections. The Defendants, by contrast, claim that the Plaintiff bated being unresponsive and that **after** several verbal attempts were made to gain a response to no avail, they used only necessary force to control a prisoner who resisted them violently after Plaintiff's cell was breached. There is

Page 5

Clearly a genuine issue of fact.

The factual dispute is also material (material). Under the governing law, whether the use of force by prison officials violates the Eighth Amendment depends on whether it was "applied in a good-faith effort to maintain or restore discipline or Maliciously and Sadistically to cause Harm". Hudson v. McMillian, 503 U.S. 1, 5-6, 112 S.Ct. 995 (1992); Whitley v. Albers, 475 U.S. 312, 320-21, 106 S.Ct. 1078 (1986). The fact that force was used when unprovoked and unnecessary, or in a manner excessive to any need, is in itself evidence that the Defendant were acting "Maliciously and Sadistically to cause Harm". See Miller v. Leathers, 913 F.2d 1085, 1088 (4th Cir. 1990); Oliver v. Collins, 914 F.2d 56, 59 (5th Cir. 1990); Durit v. Maloney, 360 F.Supp.2d 146, 153-54 (D. Mass. 2005). A reasonable Jury could find for the Plaintiff based on the facts in the Plaintiff's complaint and declaration and summary Judgment must therefore be denied. See Anderson v. Liberty Lobby, Inc., supra.

Since there are genuine issues of material facts in dispute, Defendants motion for Summary Judgment should be denied, especially when Plaintiff asserts that it was completely unnecessary that there was a use of force in the first place. See Bee v. Dekalb Cnty, 679 F.Supp. 1107, 1109, 1113 (N.D. Ga. 1988) (allegation of unprovoked blows to the face created a factual issue as to excessive force).

I. <u>Plaintiff is entitled to Compensatory, Punitive and Nominal and/or Presumed damages</u>

Defendants Claim that the Plaintiff fails to state a claim which would entitle him to any damages due to the fact that he fails to state a physical injury which is greater than de minimus and that Plaintiff's request for damages from the Defendant's must be dismissed pursuant to 42 U.S.C. §1997e(e), which states:

"No Federal civil action may be brought by a prisoner confined in a jail, prison, or other correctional facility, for mental or emotional injury suffered while in custody without a prior showing of physical injury."

Defendants go on to assert that the Eleventh Circuit is in accord that, under 42 U.S.C. §1997e(e), compensatory and punitive damages are unavailable absent physical injury and cite the cases of — Al-Amin v. Smith, 637 F.3d 1192 (11th Cir. 2011) (holding that "the overall tenor of Harris and its progeny, when taken together, unmistakably supports" the conclusion that §1997e(e) applies to constitutional claims and precludes the recovery of compensatory and punitive damages in the absence of the requisite claims and precludes the recovery of compensatory and punitive damages in the absence of the requisite physical injury); Smith v. Allen, 502 F.3d 1255, 1271 (11th Cir. 2007)"(stating that §1997e(e) precludes an inmate claims for compensatory and punitive damages without a prior showing of physical injury); Slicker v. Jackson 215 F.3d 1225, 1229 (11th Cir. 2000) ("compensatory damages under §1983 may be awarded only based on actual injuries caused by the defendant and cannot be presumed or based on the abstract value of the constitutional rights that the defendant violated"). The physical injury requirement applies to a federal claims, including constitutional claims. Harris v. Garner, 216 F.3d 970, 984-85

page 7

( 11th (in. 2000).

[Well, Plaintiff has requested Compensatory, Punitive, Mental, and emotional damages from the Defendant, and is entitled to said relief based on the Following Facts:

1) Plaintiff has filed this federal Civil action;
2) Plaintiff is a prisoner confined in a prison or other Correctional facility;
3) Plaintiff seek damages for Mental and emotional injury suffered while in Custody;

and (4) Plaintiff has made a Prior Showing of "Physical Injury" on record not only the Medical record (Medical Rep-ort Exibit A) medical records for the date and time in Question, but also Hand Held Camera Video Footage that Show blood pouring out of His Mouth, and down his Chin and neck area, then dripping to the ground, His left eye was red and Swollen, which Show His left Face Swollen And Make It Hard for the Nurse to look In His Mouth to See His other Teeth Broken, which Show that Plaintiff Sustained an actual injury.

Defendants then try to assert that while 42 U.S.C. §1997e(e) does not define "Physical Injury", the Eleventh Circuit has held that to Satisfy the Statue the Physical Injury must be more than minimal, but need not be significant, and went on to Cite Several Cases It Should be noted that although this may be the Case, the meaning of Physical Injury might be clarified by 28 U.S.C. §242, a federal Statute that makes it a Crime for Someone acting under Color of State law to deprive another person of Federal Civil Rights) and requires a Showing of "bodily Injury" before Someone

Page 8

Who violates the Statute Can be Sentenced to more that one year in Prison

Bodily injury is not defined in the Statute, however, Sereval other federal Criminal Statutes define that term as meaning a cut, abrasion, bruise, burn, or disfigurement; Physical pain; illness; impairment of a function of a bodily member, organ, or Mental faculty; or any other injury to the body, no matter how temporary." See 18 U.S.C § 831 (F)(5); accord, 18 U.S.C § 1365 (h)(4); 18 U.S.C § 1515(a)(5); 18 U.S.C § 1864(d)(2).

The injuries Sustained by the Plaintiff fall within the perview of these definitions, as he did suffer from cuts, abrasions or bruise, Physical pain, or any other injury to the body, no matter how temporary it may have been. See Wilkins v. Gabby, 130 S.ct. 1175, 1178-79 (2010) (Per Curiam) ("An inmate who is gratutously beaten by Guards does not lose his ability to pursue an excessive force claim merely because he has the good fortune to escape without Serious injury").

The injuries Sustained by the Plaintiff were and are not de Minimus, as a Violation of one's Constitutional rights is never de minimus. No Right is any more Minimal than another, for all rights are of equal Standing. To say that one rights is more Important than another right (right), when all are equal before the law, would open the floodgates of those who would try to empty the Ocean of logic with a thimble in an attempt to pour it down a drain.

Defendants assert that Plaintiff's injuries are de minimus and, as such, he is not entitled to compensatory and Punitive damage. This assertion is FALSE. Plaintiff's injuries were more than de minimus.

due to the fact that he did not fake being unresponsive, as claimed by the Defendants, but that these officials purposely arrived at his cell with the intent of causing malicious and sadistic infliction of bodily Harm beating the Plaintiff **Punch, kick, in the upper torso, head and face numerous times for approximately 2 to 3 minutes non-stop, were More Than de Minimus.** See, e.g., Sanders v. Day, No. 5:06-CV-280 (HL), 2008 U.S. Dist. LEXIS 21713, at *4 (M.D. Ga. Mar. 19, 2008) (unpublished) (holding that the allegation of <u>Kicking</u> and using Pepper Spray on a handcuffed suspect (demonstrate more de minimis's injury) ; Edward v. Miller, No. 06-CV-00933-MSK-MEH, 2007 U.S. Dist. LEXIS 22639, at *4 (D. Colo Mar. 28, 2007) (unpublished) holding that Plaintiff's allegation that she was **punched in the face** and bitten on the arm over <u>10-minute</u> period, Causing damage to her **forehead, facial injuries**, and subsequent **severe headaches**, <u>demonstrates more than de minimis injury</u>).

It should be noted that these officials admit that all 7 of them entered the cell, yet Plaintiff finds it hard to believe that the Defendants make it seem that once inside the cell, with the Plaintiff allegedly pinned under the Plexiglass Shield, Only Officer Whitehead and Putnam who Early had a verbal dispute with the Plaintiff placed the Plaintiff in hand restraints, and Officer McIlvin and Sergeant Johnson placed Plaintiff in leg restraints, While Officers Kerns, Peacock, and Konzelman just stood around inside the cell doing nothing and twirling their thumbs while the Plaintiff was allegedly too stood up and Strike and resisting and didn't do anything to stop it or Help their fellow officer, but upon walking out of the Cell the Plaintiff (Who's a brown Skinned African American) **had red and Swollen eye left face Swollen, and a busted and**

P 5g 10

and bleeding bottom lip Bust open with Blood flush or coming out of his Mouth. (review Held Hand Camera, fixed Wing)

It should also be noted that none of these Official(s) write His own version of the events concerning this incident. One Report was written and dressed up, then copie by all the others. This is and has the ear mark of a falsified report and to make sure no mistakes were made in the cover up, one set of facts written in one report were used for all the Defendants even though they're suppose to be their own written versions of the events that occured.

Also It should be noted the Defendant(s) use of force is Contredictions the use of force Reports Also Defendants Declartion, and Interrogatories is Contredictions Conflict, to each others. The Fixed Wing Camera will show Officer WhiteHead At approximately 2:08pm looked inside of Plaintiff's Cell, that Plaintiff Was lying on the Floor near his Cell door. Plaintiff appeared immobile and unresponsive. Based on Plaintiff Behavior, I attempted to gain a response from Plaintiff, Without any Success. Plaintiff didnot respond to an request For a response. (WhiteHead Declartion, page 1: line 3, Interrogatories page 2: line 5.

Now In WhiteHead Declartion Officer Stated In Page 1 in line 3 Defendant officer WhiteHead say He Conducting Rounds. the Contrediction or Conflict Come At LeePeacock He Conducting Round? What He Say And Also Say At approximately 2:08pm ① He Conducting rounds, He was the one present His Self in front of the Plaintiff Cell at 2:08pm ②. the Contrediction or Conflict Come ① one the fixed Wing Camera Will Shows WhiteHead was the one came back 2:08pm Conducting Rounds, looking In the plaintiff's Cell ②. But At No time

Page 11

Officer White Head Never attempted to gain a response from The Plaintiff The Only Thing Defendant Officer White Head Did was look In the Cell for Approximately 2-3 minute at No time Did He Bang, Knock on his Cell or Call his Name, The Only Officer did that Was attempted to gain a response But He Never Bang or Knock on his Cell, only thing He did Was Call The Plaintiff name In a regular tone, He know the Plaintiff Was Asleep on Heavy Medication or medicine from the Mental Health Doctor that Put him to Sleep. The Fixed Wing Camera Will Show Officer/Sgt Johnson was the Only One try to fake a response. The Contradictions or Conflict Come Out or at Read Officer White Head Declaration He Say He "Conducting Round At Approximately 2.08 (read page 1. line 3) Then Officer Peacock Who Say In His Declaration He was Conducting Round At approximately 2.08pm. Both officer Claim they was the one Conducting Round At Approximately 2.08 pm was False. The Fixed Wing Camera Will Show different and Officer White Head, Officer Peacock Never Try to gain No Respond from the Plaintiff the Fixed Wing Camera Will Show Sgt Johnson Was the Only One. Read Closely The Defendant(s) Officer White Head, Officer Peacock, Officer/Sgt Johnson They Declaration, and Interrogatories Is Conflict Contradiction to what the Fixed Wing Cameras Show different. As You Know, Correction Officials Will Stand Shoulder to - Shoulder and Try to Cover up each other's wrong doing, the fact that Video may Show something different is no guarantee. See Peacock Declaration page 1. line 3, White Head Declaration page 1. line 3, Declaration of Johnson Page 1. line 3, Fixed Wing Camera 2.08 pm.

The Defendant then try to State that Plaintiff-

Page 12

ntiff appears to be almost entirely uninjured after the incident yet fail to State that he had blood pouring or coming out his Mouth and down his Chin Area. At the Sight of So Much Blood a reasonable person would know you had to have Sustained an actual injury for that to happen. (Review Held Hand Use of force [smear, Medical Use of force of Nov 10, 2016 Report, Medical Report Exibit A Medical Report.

Due to the fact that the actions of the Defendant were unprovoked and completely Unnecessary this goes to Show that they acted with reckless indifference to the Plaintiff's rights and ill will, malice and a desire (desire) to injure the Plaintiff, as evidenced by his injuries. You may find cases where prisoners with lesser injuries Still get punitive damages and attorneys fee but those case are outside the Eleventh Circuit (Florida, Georgia, Alabama). See Smith v. Wade, 461 U.S. at 46-52; Hill v. Marshall, 962 F.2d 1209, 1217 (6th Cir. 1992); Williams V. Kaufman County, 352 F.3d 994, 1015 (5th Cir. 2003) ("Just as nominal damages are allowed without Proof of injury" a Punitive award may Stand in the absence of actual damages where there has been a Constitutional Violation"); Accord, Walker V. Bain, 257 F.3d 660, 674 (6th Cir. 2001); Robinson V. Cattaraugus County, 147 F.3d 153, 161 (2nd Cir. 1998). Thus, even if the Court decides that Plaintiff is not entitled to Compensatory damages, He is Still entitled to punitive damages as a matter of law.

In the Case that the Court would not allow Compensatory Damages, the Plaintiff would be entitled to presumed damages. See Memphis Community School District V. Stachura, 477 U.S. 299, 310, 316, 106 S. Ct. 2537 (1986)

And, Since Plaintiff used language requesting

"Further relief as the court deems just and proper," Plaintiff's also entitled to nominal damages, which is concede at the bottom of the Defendant old Motion for Summary Judment. (Exhibit D)

Hiving Conceded on this point alone requires that the Defendants motion be denied in and of itself, as Plaintiff cannot receive his nominal damages if the Motion is granted, and, if it were granted, it would constitute a Manifest Injustice.

In this case The Plaintiff Is entitle to compensate for his injuries which He Was Punch, kick, By 7 officer and Punitive Damages to Punish and deter wrongdoers for deprivations of Constitutional Rights. The defendant Acted maliciously," Though Physical injury occurred. Review Hall Camera Use of force, Medical Use of force Report, Medical Report Exibit *

The defendant(s) Stated In their Motion the Plaintiff Claim He Suffered a Chipped tooth and fractured hand are not Supported by the Medical Records Since the date of the incident F.lose. The Plaintiff Suffered a Broke tooth again, the first tooth Was Broke at F.S.P (Review F.S.P 2016 Use of force Report) (F.S.P 2016 Medical Report "Broke tooth"). On Nov 10, 2016 of this incident the Plaintiff Suffered another Broke tooth again were he was kick In His Mouth, Punch in His Mouth that Cause The Plaintiff Mouth to Pouring Soap Much Blood Coming Out His Mouth that made it Hard for the Nurse to See the Broke Tooth (Review Hall Camera). Also The Plaintiff Will Show The Court at trial That All His Medical Record and Dental Record Will Show the Plaintiff Suffered

Page 14

Two Broke tooth, one from T.S.P the other from Nov 10, 2016 Santa Rosa CI Annex Mental Health Unit Also The Plaintiff Mental Health Report Show the Plaintiff Talk about His Broke Tooth, Also The Plaintiff Dental Report or Sick call form were The Plaintiff talk about His Broke tooth, and How It Happen And Dental Report Will Document The Doctor did a fill in on Both Broke Tooth.

The Plaintiff did Suffered a fractured Right Hand will supported the Medical Records (Review Medical Report Exibit A) Since the date of the incident, The Plaintiff was Hand Cuff In the Back and The Plaintiff could Not Talk Due to All the Blood was pouring or coming out His Mouth Made It Hard for the Nurse, The Plaintiff Right was Stomp His Hand was Stomp Due this Incident, While His left Hand Suffered Also. Nurse Fail to look at the Plaintiff Right Hand **But** too Focus on the Blood that Pouring out the Plaintiff Mouth. The Plaintiff Suffered Pain In his Right Hand which till this Day a little Bone is Pop out. Plaintiff Medical Report for Lake CI when He left Santa Rosa CI On 1/17/17 to Lake CI another Mental Health Unit. Also Let the Court Know from Nov - Dec The Plaintiff had No way to Go to Medical if He did Plaintiff would Got Beat up In the Medical, Plaintiff was Fear of His life In Q-dron Santa Rosa Mental Health Dorm which Made the NewPapers, About Inmate Getting Jump on In the Medical Room. The Plaintiff Still Don't know what Happen His Medical, Mental Health Record for Lake CI On 1/17/17 Jan 17, 2017

Page 15

When the Doctor Look at His Right Hand and other
Report Some Is Missing and V.C.I Medical, Denstal,
Mental Health Is missing. Document papers will Prove
Saintlet Suffered Two Broke Tooth Also. But The
Plaintiff Complaint about this Issue with his hand
Through His (Sick Call form) On 2-4-18, 2-6-18 The
Plaintiff turn In a Sick Call about His Right Hand
as Issue 1 then Say In His medical Promble Is
His Feet was Swell up Ih Ask when It Start He
was Only Talking About His Feet "Swelling start for
9 week, The Plaintiff on 2-25-18 He was talking
about His Feet Plaintiff Say "My medical Promble is
My hands Right Hand Hurt Real Bad My Bone
Popout and I need to be Seen Please... The
The Plaintiff Say "My other Medical Promble Is
Lost week from Monday———— today My Feet Both
of them Swell up real Big than go down, Swell
Up, Go Down. The Plaintiff Make Sure He Say This
Problem / Symptoms Start lost week Monday. The
Plaintiff was Talking bout His Feet. The Defend-
ant(s) took that Wrong!!! The Defendant lie
On 4/18/18 The Plaintiff Complain about
His Wrest, No His Right Hand (Review Medical
Report Exibit A). Then Again 5-24-18 About
His Right Hand, Then Again 1/8/19 On 8/1/18
Radiology Report Say Patient With Small bone
Prominence in (R) Hand noted He allegedly hurt
Hand In 2016 UOF Incident, On 1/19/19 the Nurse
Worte Down * Knot noted Superior Hand, "My (R) Hand
Hurts, Again Nurse Williams, LPN Report (R) Hand
Swollen, (Review All Medical Report Exibit A)
    In addition, the nurse Conducting the examin-
ation did not report the true Seriousness of Plaintiff
            Page 16

injuries, which can be seen by a review of the fixed wing cameras and the handheld Use of Force Video Footage

## IN CONCLUSION

Based on the fact that there are genuine issues of material facts that need to be decided by a jury and that the injuries sustained by the Plaintiff were not de minimes, as the Actions of the Defendants were completely Unnecessary and unprovoked; thus, entitling Plaintiff to Compensatory and/or presumed damages, as well as Punitive and nominal damages, the Defendants Motion for Summary Judgment should be DENIED, especially when the VIOLATION of a CONSTITUTIONAL RIGHT is not de Minimus. In This Case The Plaintiff Right Been Violation or Constitutional Right Been Violation and His Injury is More Than de minimis when He was Punch, Kick, for 2-3 Mintue By 7 officer. See, e.g., Sanders V. Day, No. 5:06-CV-280 (HL), 2008 U.S. Dist. LEXIS 21713, at *4 (M.D. Ga. Mar. 19, 2008) (unpublished) (holding that the allegation of Kicking and Using Pepper Spray on a hand cuff suspect demonstrate more than de minimis injury); Edwards V. Miller, No. 06-CV-00933-MSK-MEH, 2007 U.S. Dist. LEXIS 22639, at *4 (D. Colo. Mar. 28, 2007) (unpublished) (holding that Plaintiff's allegation that She was punched in the face and bitten on the arm over a 10-minute period, causing damage to her forehead, facial injuries, and subsequent severe headaches, demonstrates more than de minimis injury); Cotney V. Dowers, No. 2:03

-cv-1181-WKW (WO), 2006 U.S. Dist, LEXIS 69523, at *25 (M.D. Ala, Sept. 26, 2006) (unpublished) (holding bruised rib that took weeks to heal could be <u>more than de minimis</u>, and thus that such allegations could withstand a motion for summary judgment.

All the Pain Plaintiff went through made the Plaintiff Mental Health worse when Mental Health Professional try to help, An heal him, But the Plaintiff having a lot of hate in him with racial inequality. But there is a fundamental - A Constitution 8th - Right to Be free from Assault and Battery. The Same officer/Defendant who swoke on oath to up hold law Did this Evil Injustice to the Plaintiff while He was sleep from the Med. The Plaintiff Is still fear for His Life At Santa Rosa CI with too many use of force In Prison, Stateding that "<u>Only the Florida Department of Corrections regions 1 and 2 had more Cases of Excessive force in Florida according to the analysis</u>. And Santa Rosa CI Is In Regions 1. The Held Hand Camera, fixed wing camera will Show Plaintiff actual Injury Of Plaintiff this Retaliation and Assault was from Early Verbal Dispute then came back and Seen Mr. Sgintlot the Plaintiff sleeping In the Corner facing the wall, Disobey order By Going Back to Sleep In the Corner, The Defendant all white Officer that make it Look Racist Injustice Beating the Plaintiff for 2-3 minutes, Plaintiff Felt tears forming In His eye then Plaintiff ball up, The Plaintiff demand for Justice! Frustrated about the Death of George Floyd In Mineapolis. The Plaintiff call for Justice and called for Change In the Prison System. The Inspection In Case did nothing or Interview The Plaintiff But recognition of their own ignorance of abiding Injustice. Plaintiff would like the this Court to empathy and for a Path to Positive Change, In the Prison System

Plaintiff feel fresh Pain into old wound when He was also Assault at Florida State Prison (F.S.P) when he was also Punch In the face By a Officer In the Medical Room while Hand Cuff !!! Suffered a Broke Tooth Read F.S.P Medical Record. In this Case when the Hand Held Camera Show The Plaintiff Mouth pouring out Blood Making It Hard for the Nurse to See the other Broke Tooth that the Defendant Did with a Hard blow Kick to the Mouth and Face. Even acknowledge their own failings In Coming to terms with the Injustice What Inmate Call In Here "Institutional Racism in this Prison. However, I do know that we are all equal at the foot of the Cross !!! Justice Must Out Weigh Injustice, Love must Out weight hate. This Injustice Is Clear.... And So Is the hate. The Plaintiff would like the Court Be empathetic Due to the fact he have No Knowlege to the Law. Racial Injustice Police/officer brutality Beating Is wrong and It must be address !!! The Plaintiff who Now Is Still Hurting and Fear, anxiety, anger, Nitemare from this Case. The Plaintiff would like this Court to dern and progress In this Case to Jury trial and Have the Jury to Pick Which Side Show empathly, Respect and equity In this Case. The Plaintiff would like this Case go to Jury trial So He Could found peace, happiness, and Equity "JUSTICE". The Plaintiff file this Suit to Show the Court of the Awareness and action going on In Prison In Florida Department of Santa Ross CI The Plaintiff would this Court to Judge this Case with Mind in Heart Not on Facing Case these Officer and They Sworn to uphold law, But as you know You Have Bad Cop, officer Too. Cause Corrections officer officials will Stand — Shoulder — to — Shoulder and like to Cover up each other's wrong doing.

page 19

This Case Seemed too Sadistic and Violent to have been Carried Out by Defendant Again officers Sworn to uphold the law. The Plaintiff injuries were Caused by the Plaintiff for Not listing the order on verbal Dispute with defendant.... Beating The Plaintiff which became known in this Case as the Police torture "Officials Cases walked the court through The Plaintiff Cases or Story which Matched up well with the Physical Evidence. The Plaintiff will convinced the court attack was Real and can't imagine what the Plaintiff has gone through". In that Cell on Nov 10, 2016 when 7 officer unlawfully Ran in Plaintiff Cell and unlawfully Beating him The Plaintiff would like the court to condemned the officers who Commit Such a Crime Plaintiff Claimed and Made a Sworn Statement the officer who Beat him for the Early Verbal Dispute He Had with the officer, The Plaintiff would like the court to take this Case Seriously this was Base on Retaliation, Excessive force May Violate The Eighth Amendment if it is "Repugnant" to the Conscience of Mankind, (Even if it inflicts little Physical injury.) Hudson V. McMillian, 503 U.S.), 10, 112 S. Ct. 995, 1000, ) 17 L.Ed. 2d 156, 168 (1992) (allowing Claim to go forward even where there was no Significant injury or need for Medical attention). In this Case the Defendant Used force against the Plaintiff acted "Maliciously and Sadistically in order to Cause Harm which He was Injury and Had Medical Attention. The Plaintiff Complain about the Prison Guard brutality, And Show injury that was "Serious", Cause One blow to the Face or Head He would of Die!!!. And Some Cases you May Not have to Show that Your injury was "Serious" Instead, You May Only have to Show that it was More

than Minor and that the assault was unjustified under
the Circumstances (Hudson V. McMillian, 503 U.S. 1, 10,
112, S. Ct. 995, 1000, 117 L. Ed. 2d 156, 168 (1992) (holding
that an assault on prisoner by Prison Guards resulting
in a Cracked dental Plate and minor bruise and Swell-
ing was enough harm to Constitute a Valid 8th Amer
dment Claim). In This Case Plaintiff was Punch, kick
(and) In the Face, toros, Cause Injury was Enough harm
for the Plaintiff Constitute a Valid 8th Amendment
Claim.

WHEREFORE, for the Going or forGoing reasons,
arguments, and authorities, the Plaintiff respectfully
moves, prays, and Request this Honorable Court enter
an Order Denying Defendants Motion for Summary Jdg-
ment.

Respectfully Submitted,

X Roland Carly Saintlot  DC#.445856
Roland Carly Saintlot DC#.445856
Plaintiff, PRO SE
Santa Rosa Correctional Institution
5850 East Milton Rd.
Milton, FL 32583

PROVIDED TO
SANTA ROSA C.I. ON

JUN 25 2020  RS

FOR MAILING BY

CERTIFICATE OF MAILING AND SERVICE
I, ROLAND CARLY SAINTLOT, hereby certify that a true and
Correct Copy of the foregoing document was furnished to the
Office of the Attorney General, The Capitol PL-01, Tallahassee,
FL 32399-1050; and that I personally handed this doc-
ument over for Mailing Via USPS, to Legal Mail Officials
at Santa Rosa, (I-Main Unit, on this ___25___ day of
September (June) 2020

Page 21

NOTARIZE OATH
I hereby swear and affirm that the Statements
Contained in the foregoing document are true and Correc-
ct to the Best of my knowledge, under Penalties of
Perjury, Pursuant to 28 U.S.C § 1746 and Fla. Stat. §
92.525 on this day _____ 25 _____ of June, 2020

X _Roland Carly Saintlot_ DC#Y45056
Roland Carly Saintlot DC# Y45056
Plaintiff, PRO SE
Santa Rosa Correctional Institution
5850 East Milton Road
Milton, Florida 32583

PROVIDED TO
SANTA ROSA C.I. ON

**JUN 2 1 2020** R.S

FOR MAILING BY

PROVIDED TO
SANTA ROSA C.I. ON

**JUN 2 5 2020**
R. S
FOR MAILING BY

EXIBIT A
MEDICAL
REPORT

FILED USDC FLND TL
JUN 29 '20 PH 2:05

FILED USDC FLND TL
JUN 29 '20 PH 2:05

**DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
# INMATE SICK-CALL REQUEST

Date: 12-14-17                    Time: _____

Inmate Name: Sainthot, Roland          DC#: Y45056

Housing assignment: B-2103L

Job assignment: _____

Problem:

☐ Pass/pass renewal

☐ Medication renewal

☐ Need information (explain): _____

☐ Mental Health

☐ Dental

☑ Medical (explain): My Medical Promble is couple of Month ago I had get Jump By the police all white officer WHITE supremacists that really hurt my heart Soul and when I did my back story I had get Kick Punch so bad I had bloods all over my face "Hate in America". Now I get Bad headech rea] Back I can't sleep at nite, My head strat to hurt my eye I need to get seen and have a HIR

When did problem/symptoms start? This Problem symptom Start for a while and now it getting real Bad so can I Please Be seen. And I Still be crying at nite over that beautiful white girl Heather Heyer who died in Charlottesville By a White supremacists Kick and that could Been Me.

Love you Heather Heyer        Racists Neo

R. Repach, LPN
Santa Rosa CI / Annex

NURSING STAFF ONLY
12/14/17
Date Received & Triaged        Signature/Stamp

Routine   Urgent   Emergency   PN
12-19-17                        H. Coultas, LPN
Date Seen                       Santa Rosa CI
                                Signature/Stamp

Inmate Name: Roland Sainthot

DC# Y45056                Race/Sex B/M

Date of Bi ████████

Institution Santa Rosa CI

Distribution: Original—Nursing Supervisor
Pink—Inmate (special housing only-otherwise
destroy copy)

This form is not to be amended, revised, or altered
without approval by the Office Health Services-
Administration

DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
# INMATE SICK-CALL REQUEST

Date: H 6-8                              Time: _____

Inmate Name: Roland Sapnlat            DC#: Y45056

Housing assignment: B-2103

Job assignment: _____

Problem:

☐   Pass/pass renewal

☐   Medication renewal

☐   Need information (explain) I come in the name honor of (Martin)Luther Kin

☐   Mental Health

☐   Dental

☑   Medical (explain) Dr. who get assassinated in 1968 downtown Memphis
and also the 4 four young Black Girl get bomb in the 16th Church By the KKK
in 1963 Alabama I have a Medical Prorble Couple month of age I a
4 Q-drop mental Health I had word with the officer They Come when
I was sleep in the Corner they Came in jump me Punch-n-Lick me a
Chip my teeth So every since that happen I have Prorble trying
to sleep headech feel Bad I need a MIR and my Bone Pop
out my hand Please look into this And God God Love You In the

When did problem/symptoms start Name of the Most Beutiful Qeen White Qu
Heather Heyer White Queen that was killed by a barreling car
allegedly driven by a KKK Charlottesville Aug. D. 2017 Amen
This problem/ symptoms start for a while
Please Come see me ASAP. Thank You

Inmate Name: Roland Sapnlat
DC# Y45056                Race/Sex ▮▮/▮▮
Date of Birth ▬▬▬▬▬▬▬▬▬
Institution  Santa ross CI

✓

Distribution:  Original—Nursing Supervisor
Pink—Inmate (special housing only-otherwise
destroy copy)
This form is not to be amended, revised, or altered
without approval by the Office Health Services-
Administration

[Stamps:]
Pink-Sick Call By SMITH, RN
Date Received:        Santa Rosa CI
Sx/stamp
Date Triaged by RN:        RN
Sx/Stamp:
Triage Level (Circle 1)
1-Emg 2-Emergent 2-Urgent 3-Routine
Date Seen:        By
Sx/stamp   1/22/18 MW   M. WILLIAMS, LPN
SANTA ROSA CI

DC4-698A (Revised 6/11/08)              Incorporated by Reference in Rule 33-402.101, F.A.C.

**DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
# INMATE SICK-CALL REQUEST

Date: 2-4-18                Time: — Now —

Inmate Name: Roland Sainttot        DC#: Y45056

Housing assignment: G-2107

---

Job assignment:

Problem:

☐   Pass/pass renewal

☐   Medication renewal

☐   Need information (explain):

☐   Mental Health

☐   Dental

☑   Medical (explain): My Medical Promble IS My right hand
bone around my wrist pop oot and it hurt real
bad, and my left shoulder bone is dislocate
real bad.

When did problem/symptoms start? This Problem/Symptem Start
happen for a while now I need to be
Seen.

NURSING STAFF ONLY

2/4/18   SS   S. Springer, LPN
Date Received & Triaged   Signature/Stamp   Santa Rosa CI / Annex

Routine   Urgent   Emergency
2/7/18
Date Seen        MW   M. WILLIAMS, LPN
Signature/Stamp
Rohued       SANTA ROSA CI

---

Inmate Name Roland Sainttot
DC# Y45056              Race/Sex B/M
Date of Birth ██████████
Institution Santa Rosa CI

Distribution: Original—Nursing Supervisor
Pink—Inmate (special housing only-otherwise
destroy copy)
This form is not to be amended, revised, or altered
without approval by the Office Health Services-
Administration

DC4-698A (Revised 6/11/08)        Incorporated by Reference in Rule 33-402.101, F.A.C.

**DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
# INMATE SICK-CALL REQUEST

Date: 2-6-18                     Time: — Now —

Inmate Name: Roland Saintlot     DC#: Y45056

Housing assignment: G-2107

Job assignment: — Medical —

Problem:

NURSING STAFF ONLY
2-6-18          H. Coultas, LPN
Date Received & Triaged    Signature/Stamp
Routine   Urgent   Emergency

2/7/18   Williams, LPN
Date Seen   Signature/Stamp

Refused — See Doc. 7/7/18  2/7/18

☐ Pass/pass renewal

☐ Medication renewal

☐ Need information (explain): _____

☐ Mental Health

☐ Dental

☑ Medical (explain): My Medical Promble is I think my Bone Pop or disloctae in my "right hand", and My left Shoulder Bone pop I need to Be Seen Please.

My next Medical For a whole week Both of my feet get Swell up feel bad then it go down then my knee get Swell up I need to be Seen.

When did problem/symptoms start? This Problem/Symptom Start the Swelling For a week Now talking about My feet

Inmate Name Roland Saintlot
DC# Y45056           Race/Sex B/M
Date of Birth ████████
Institution Santa Rosa CI

Distribution:  Original—Nursing Supervisor
Pink—Inmate (special housing only-otherwise destroy copy)
This form is not to be amended, revised, or altered without approval by the Office Health Services-Administration

DC4-698A (Revised 6/11/08)        Incorporated by Reference in Rule 33-402.101, F.A.C.

**DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
# INMATE SICK-CALL REQUEST

Date: 2-25-18                     Time: — Now —

Inmate Name: Saintlot, Roland          DC#: Y45056

Housing assignment: G-2107

Job assignment: — N/A —

**NURSING STAFF ONLY**

2-25-18                    H. Courtes, LPN
                          Santa Rosa C.I
Date Received & Triaged    Signature/Stamp

(Routine)    Urgent    Emergency

Date Seen                  Signature/Stamp

Problem:

☐   Pass/pass renewal

☐   Medication renewal

☐   Need information (explain): _____

☐   Mental Health

☐   Dental

Talking Root his Feet

☑   Medical (explain): My Medical Promble IS My hands Right hands Hurt Real Bad My Bone Pop Out And I need To Be see Please. My Other Medical Promble IS Last week From Manday — Today My Feet Both of them Swell up real Big then go down Swell up go Down I Need To Be see Please

When did problem/symptoms start? this Problem / Symptoms Start Last week Manday — Now

Inmate Refused @ 0820 Am

Inmate Name Roland Saintlot
DC# Y45056          Race/Sex B/M
Date of Birth ██████████
Institution Santa Rosa CI

Distribution:  Original—Nursing Supervisor
        Pink—Inmate (special housing only–otherwise
                   destroy copy)
This form is not to be amended, revised, or altered
without approval by the Office Health Services-
Administration

DC4-698A (Revised 6/11/08)          Incorporated by Reference in Rule 33-402.101, F.A.C.

*Staff Abuse*

*Staff Abuse*

**DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
# INMATE SICK-CALL REQUEST

Date: 4-18-18                          Time: Now

Inmate Name: Roland Saintlot     DC#: 445056

Housing assignment: D 2118

Job assignment: Injustice / Police Brutality / Racist

Problem:

☐ Pass/pass renewal     ✱Right to Medical Care✱

☐ Medication renewal     (Eighth Amendment protects My Right
                          To Medical.

☐ Need information (explain): _____

☐ Mental Health

☐ Dental                 • Serious Medical Need •

☑ Medical (explain): Medical I Send Several Hwb Sick
Call Request about My Right hand Save Yep Now
Is In Serious Pain I don't know if it's Bink or
What Some time it get Swoll up and it Make
it hard Do Do do any thing with my Right
hand... I have been By Nurse Williams She put
Me down To See the Doctor and get a X Ray
But no body came To See Me I got X-Ray last time

When did problem/symptoms start? This problem / symptoms start
2016 About That My Right hand Been Broke like
this On May 10 2016. Staff Abuse, Police Brutality
When I got Beat By 3 officer by 6 drone I Have
Physical injuries Also Can I Please See the Doctor

Inmate Name Roland Saintlot
DC# 445056                    Race/Sex B/M
Date of Birth 10-28-1389
Institution Santa Rosa C.I.

Distribution:  Original—Nursing Supervisor
Pink—Inmate **(special housing only-otherwise destroy copy)**
This form is not to be amended, revised, or altered without approval by the Office Health Services- Administration

DC4-698A (Revised 6/11/08)          Incorporated by Reference in Rule 33-402.101, F.A.C.

DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
# INMATE SICK-CALL REQUEST

Date: 5-24-18                              Time: — Now —

Inmate Name: Roland Ssivollet          DC#: Y45056

Housing assignment: B-2113

Job assignment: NA

Problem:

☐   Pass/pass renewal

☐   Medication renewal

☐   Need information (explain):

☐   Mental Health

☐   Dental

☑   Medical (explain): My Medical Promble Is My left Shoulder Is disloctate out the Sock and It's In Pain Real Bad. Also My Right hand Bose Pop To A Point My Right Hand Is Swoll up Real Bad. Can I Please See The Doctor.

NURSING STAFF ONLY

5-22-18   A. DeSchman
Date Received & Triaged   Signature/Stamp

(Routine)   Urgent   Emergency

6/7/18
Date Seen   J. Abney LPN   Signature/Stamp Santa Rosa Annex

When did problem/symptoms start? This Promble / Symptom Here For A While Now. Can I Be Pull Out To Be Seen. Thank You God Bless

See Pass Refusal

Inmate Name: Roland Ssivollet
DC#: Y45056        Race/Sex: B/M
Date of Birth: ▓▓▓▓▓▓▓
Institution: Santa Rosa CF

Distribution: Original—Nursing Supervisor
Pink—Inmate (special housing only–otherwise destroy copy)

This form is not to be amended, revised, or altered without approval by the Office Health Services-Administration

DC4-698A (Revised 6/11/08)        Incorporated by Reference in Rule 33-402.101, F.A.C.

**DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
# INMATE SICK-CALL REQUEST

Date: 1/8/19

Time:

Inmate Name: Roland Saintblt

DC#: 445056

Housing assignment: B-2106

Job assignment: No Job assignment - Staff Arbiose - Nov 10, 2016

Problem:

Date Received: 1-9-19     Sick Call Sx/stamp:

☐ Pass/pass renewal

☐ Medication renewal     Date Triaged by RN:

Sx/Stamp:

☐ Need information (explain):     Triage Level: (Circle 1)

1-Emergent 2-Urgent 3-Routine

☐ Mental Health     Data Seen 1/9/19 by:

Sx/stamp:

☐ Dental

☑ Medical (explain) My Medical Problem is My Right hand that Been and in Pain For a while Now. My Bone Pokeing out I don't know if it's Broke or Not!! My Right hand Get Swoll up Real Bad! Some time I Can't Close My hand. I need to get a X-Ray For My Right Hand. Can I please Be Seen For My Right hand. Thank You God Bless!!!

When did problem/symptoms start? This Problem/symptoms start For a while Now When I got Jump By the officer In Q-dorm Annexx Every Snice My Right Hand is In Pain. Can I Please Be Seen Thank You. I need X-Ray Hand I Need To See the Doctor!!!!!!

Inmate Name Roland Saintblt

DC# 445056     Race/Sex B/M

Date of Birth ████████

Institution Santa Rosa CI

Distribution: Original—Nursing Supervisor
Pink—Inmate (special housing only-otherwise destroy copy)

This form is not to be amended, revised, or altered without approval by the Office Health Services-Administration

DC4-698A (Revised 6/11/08)     Incorporated by Reference in Rule 33-402.101, F.A.C.

**DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
# INMATE SICK-CALL REQUEST

Date: 2/4/19                          Time: ─ Now ─

Inmate Name: Roland Sainvilot        DC#: V45056

Housing assignment: B-2166

Job assignment: ─ I need Medical help ─

Problem:

| | | Sick Call |
|---|---|---|
| ☐ | Pass/pass renewal | Date Received: 2/5/19  Sx/stamp: England |
| ☐ | Medication renewal | Date Triaged by RN 2/5/19  RN |
| | | Sx/Stamp: T. England, RN  Santa Rosa CI / Annex |
| ☐ | Need information (explain): | Triage Level: (Circle 1) |
| | | 1-Emergent  2-Urgent  3-Routine |
| ☐ | Mental Health | Date Seen 2-15-19 by |
| | | Sx/stamp: Reardon RN |
| ☐ | Dental | 19 |

☑ Medical (explain): My Medical Promble Is My Brain/head Is In pain. Every time I move my eyeball I hear Noise In my head or Inside My Brain go Zoom Zoom everytime I Move My eyeball to a point Inside My Brain hurt. Can I please have a Cap Skin to Look In Side My Brain. Everytime I move my Eye Ball I hear Zoom Zoom Zoom, Can I please Be See For this Medical Issue

When did problem/symptoms start? This Problem/symptoms Start on Nov 10, 2016 when I got Jump By 8 officer and I was kicke Soooo hard In My head, Ever Since this Promble Is a on an off. Then when I went to UCI I could Not Sleep For 3 or 4 month So this Problem Been Starolll

Inmate Name Roland Sainvilot
DC# V45056                    Race/Sex B/M
Date of Birth ████████████
Institution Santa Rosa CI

Distribution:  Original—Nursing Supervisor
Pink—Inmate (special housing only-otherwise destroy copy)

This form is not to be amended, revised, or altered without approval by the Office Health Services-Administration

DC4-698A (Revised 6/11/08)          Incorporated by Reference in Rule 33-402.101, F.A.C.

**DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
# INMATE SICK-CALL REQUEST

Date: 1/3/19                     Time: _____

Inmate Name: _Robert Saville_        DC#: _J43856_

Housing assignment: _B 2106_

Job assignment: _Do Job @5Syned_

Problem:

☐  Pass/pass renewal

☐  Medication renewal

☐  Need information (explain): _____

☐  Mental Health

☐  Dental

☑  Medical (explain): _My Medical Problem Is My Right hand That Been Hurtin Pain For awhile Now My Pain Doing out I don't know if its Broke or Not My Right hand Get Swall up Real Bad Sometime I can't close My hand I need to get a X Ray For My Right Hand Can I please Be seen For My Right hand. Thank You God Bless!!!_

When did problem/symptoms start? _This Problem/symptoms Start For awhile Days When I got Jump By the officer In Q dorm Anexx Ever Since My Right Hand Is In Pain Can I Please Be seen Thank you. I need X Ray And I Need To See the Doctor!!!!!_

Inmate Name _Robert Saville_
DC# _J43856_         Race/Sex _B/M_
Date of Birth _12/28/1948_
Institution _Santa Rosa C.I._

Distribution:  Original—Nursing Supervisor
Pink—Inmate (**special housing only**-otherwise destroy copy)
This form is not to be amended, revised, or altered without approval by the Office Health Services-Administration

DC4-698A (Revised 6/11/08)        Incorporated by Reference in Rule 33-402.101, F.A.C.

#20349353

# Radiology

8/1/18

**Florida Department of Corrections**
**Radiology Request Form**

### PLEASE WRITE LEGIBLY

| In the best interest of the patient and referring physician, this examination will not be performed if pertinent clinical information and tentative clinical diagnosis are not provided below: ☐ Diabetic | List allergies: |
|---|---|

Patient with small boney prominence in ℝ hand noted dorsally & proximal to ℝ 4th metacarpal. He allegedly hurt hand in 2016 UOF incident

NKDA

☑ Ambulatory   ☐ Portable   ☐ Stretcher   ☐ Wheelchair

**Physician Name (Print) and Name Stamp:**
S. Fillingane, DO, CHO
Santa Rosa CI / Annex

**Date of Request:**
07/25/18

| X-RAYS | | FLUOROSCOPY / MRI | ULTRASOUNDS |
|---|---|---|---|

### X-RAYS
- ☐ Ankle R ☐ L ☐
- ☐ Cervical Spine
- ☐ C. Spine, complete
- ☐ Chest
- ☐ Chest, PA and LAT
- ☐ Chest PPD
- ☐ Clavicle R ☐ L ☐
- ☐ Coccyx
- ☐ Cystogram
- ☐ Elbow R ☐ L ☐
- ☐ Facial Bones
- ☐ Femur R ☐ L ☐
- ☐ Fingers R ☐ L ☐
- ☐ Foot R ☐ L ☐
- ☐ Forearm R ☐ L ☐
- ☑ Hand R ☐ L ☐
- ☐ Hip R ☐ L ☐
- ☐ Humerus R ☐ L ☐
- ☐ Knee R ☐ L ☐
- ☐ KUB
- ☐ KUB and UPT
- ☐ Lumbar Spine
- ☐ L. Spine, complete
- ☐ Mandible
- ☐ Nasal Bones
- ☐ Orbits
- ☐ Os Calcis R ☐ L ☐
- ☐ Pelvis
- ☐ Ribs R ☐ L ☐
- ☐ Sacrum
- ☐ Scapula
- ☐ Scoliosis Series

### Shoulder
- ☐ Shoulder R ☐ L ☐
- ☐ Sinuses
- ☐ Skull
- ☐ Sternum
- ☐ T. M. Joints
- ☐ Thoracic Spine
- ☐ Tibia & Fibula R ☐ L ☐
- ☐ Wrist R ☐ L ☐

### FLUOROSCOPY
- ☐ Arthrogram [       ]
- ☐ Barium Enema
- ☐ Cystogram
- ☐ Esophagram
- ☐ I.V. Pyelogram
- ☐ Lumbar Puncture
- ☐ Myelogram [       ]
- ☐ Venogram R ☐ L ☐
- ☐ U. G. I. Series
- ☐ U. G. I. and Small Bowel

### CAT SCANS
- ☐ Abdomen
- ☐ Cervical Spine
- ☐ Chest
- ☑ Facial/TMJ
- ☐ Head
- ☐ Lower Ext. R ☐ L ☐
- ☐ Lumbar Spine
- ☐ Orbit
- ☐ Pelvis
- ☐ Soft Tissue Neck
- ☐ Thoracic Spine
- ☐ Upper Ext. R ☐ L ☐

### MRI SCANS
- ☐ Cervical Spine
- ☐ Head/Brain Stem
- ☐ Hip R ☐ L ☐
- ☐ Lower Ext, any joint R ☐ L ☐
- ☐ Lower Ext, no joint R ☐ L ☐
- ☐ Lumbar Spine
- ☐ Neck
- ☐ Pelvis
- ☐ Thoracic Spine
- ☐ Upper Ext, any joint R ☐ L ☐
- ☐ Upper Ext, no joint R ☐ L ☐

### NUCLEAR MEDICINE
- ☐ Bone 3 Phase - Infection
- ☐ Bone (Whole Body)
- ☐ Cardiac - MUGA
- ☐ Cardiac -Stress
- ☐ Ceretec - Infection (labeled WBC)
- ☐ Gallbladder (CCK)
- ☐ Gallbladder (HIDA)
- ☐ Gallium
- ☐ Liver/Spleen
- ☐ Pulmonary V/Q
- ☐ Renal
- ☐ Thyroid and Uptake
- ☐ Thyroid - Parathyroid
- ☐ Gallbladder (CCK)

### ULTRASOUNDS
- ☐ Abdomen complete
- ☐ Breast
- ☐ Gallbladder
- ☐ Inguinal Area
- ☐ Liver
- ☐ Lower Ext. R ☐ L ☐
- ☐ Neck/Soft Tissue/Thyroid
- ☐ Paracentesis
- ☐ Pelvis
- ☐ Renal
- ☐ Scrotum
- ☐ Thoracentesis
- ☐ Upper Ext. R ☐ L ☐

### VASCULAR STUDY
- ☐ Abdominal Aorta
- ☐ Abdominal Aorta with doppler
- ☐ Arterial Doppler, Lower Ext R ☐ L ☐
- ☐ Arterial Doppler, Upper Ext R ☐ L ☐
- ☐ Carotid Duplex
- ☐ Dialysis Graph Duplex R ☐ L ☐
- ☐ Vein Mapping for Dialysis R ☐ L ☐
- ☐ Venous Duplex Lower Ext R ☐ L ☐
- ☐ Venous Duplex Upper Ext R ☐ L ☐

### Exams not mentioned above:

Date Performed: _____   Time Performed: _____

Where Performed: _____   Technologist Name/stamp: _____

**Is permanent camp a private institution?** No ☐ Yes ☐
**Clinic/hospital room number** _____

INMATE NAME: __ Saintlot, Roland
DC#: __ Y45056   BM
DATE OF BIRTH: __
INSTITUTION: __ Santa Rosa C.I.

DC4-705D (Issued 4/3/12)

## MobilexUSA

## RADIOLOGY REPORT

THIS REPORT IS BASED SOLELY UPON THE RADIOGRAPHIC EXAMINATION.
CORRELATION WITH THE CLINICAL EXAMINATION IS ESSENTIAL.

CONFIDENTIALITY NOTICE: This facsimile (including any accompanying documents) is intended for the use of MobilexUSA or the use of the named addressee(s) to which it is directed, and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee(s) or person(s) authorized to deliver it to the named addressee(s). If you received this facsimile in error, please report the error by calling the MobilexUSA Privacy Office toll free at 866.686.1717, and providing your name, telephone number and the date. Once you have reported the error, someone from the Privacy Office will contact you within one business day. They may ask you to fax back the information you received so that the company can correct its records and prevent further miscommunication. Please keep the information in a secure place until you are contacted by the Privacy Office and complete the return of the information to that office. Once this is done, please destroy all copies of the mistakenly sent information, without forwarding it. Thank you for your cooperation.

Facility: SANTA ROSA CI - 9944
5850 EAST MILTON ROAD
MILTON, FL 32583-7914

DOS: 08/01/2018
Case: 27549353

Patient: SAINTLOT, ROLAND
Number: Y45056

DOB: ███████      Age: 29

Room: (MED)

Examination:

HAND 2 VIEWS, RIGHT

Results: No acute fracture or dislocation.  No significant arthritic change.  No bony abnormality.

Conclusion: Unremarkable right hand.

Electronically signed by CHI CHUAN KAMINSKI M.D., M.S. 8/1/2018 5:09:27 PM EDT.

Radiologist:      Date:  08/01/2018      Time:  05:09pm ET

CHICHUAN KAMINSKI,MD/LE
RADIOLOGIST
Physician:  CHARLES FILLINGANE, DO

Please call 1-800-940-0389, option 2, with any questions regarding this report.

South East Region
13773 ICOT BLVD
CLEARWATER, FL 33760
800.940.0389



**FLORIDA DEPARTMENT OF CORRECTION**
**OFFICE OF HEALTH SERVICES**
**NON-TRAUMATIC JOINT/EXTREMITY PAIN PROTOCOL**
NOTE: ALL PROTOCOLS COMPLETED BY LPNS MUST BE REVIEWED AND COSIGNED BY A RN OR CLINICIAN.

**SUBJECTIVE:** Date: 1/9/19   Time: 1300   Age: 35   ☒ Sick Call   ☐ EMID

Allergies: NONE

Current Medication/s: Abilify, Paxil, Atoravastin, Norvasc, HCTZ, Keppra, A

Medical History: HTN, seizure + Depression

Do you have Sickle Cell Disease? ☒ No ☐ Yes → Does this joint/extremity pain feel like your usually SCC pain? ☐ No ☐ Yes → assess patient using *Sickle Cell Crisis Protocol*, DC4-683QQ.

Do you have hemophilia? ☒ No ☐ Yes.

Have you had a recent tick bite? ☒ No ☐ Yes → when? _____

Chief Complaint (in patient's own words): "My ℞ hand hurts"

Location where pain is the worse: ℞ hand   Does pain radiate? ☒ No ☐ Yes → to: _____

**NOTE:**
If arm pain extends to neck, jaw, or shoulder and is accompanied by chest pressure or pain, assess pt. using DC4-683E protocol.

If bilateral, non-traumatic ankle swelling is present along with recent h/o chest pain, productive cough, or SOB, assess pt. using DC4-683D protocol.

If pt. is complaining of unilateral calf pain, swelling, or redness, assess pt. using DC4-683PP protocol.

Pain Level: ☐ 0 ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☒ 6 ☐ 7 ☐ 8 ☐ 9 ☐ 10   Initial onset of pain: ☐ Sudden ☒ Gradual

Onset of pain: x 3 hours / days / months / (years) circle appropriate timeframe

Onset of swelling: x _____ hours / days / months / years (circle appropriate timeframe)   OR   ☒ No swelling ✱ Knot noted Superior hand

Recent trauma to painful area? ☒ No ☐ Yes → proceed to appropriate <u>trauma</u> Protocol

Have you had any recent unusual exertion or over use of this extremity (e.g., recently assigned to Laundry)? ☒ No ☐ Yes

Have you ever seen a clinician for this same pain/swelling? ☐ No ☒ Yes → Most recent date: 08   Dx: 2018 Normal Xray

Are you able to walk or bear weight on affected leg? ☐ No ☐ Yes ☒ NA

Do you have any numbness or tingling in affected extremity? ☒ No ☐ Yes → ☐ Constant ☐ Intermittent, especially at _____

Are you able to bend and straighten the joint? ☐ No ☒ Yes   Does your joint feel stiff? ☐ No ☐ Yes

Have you lost 10 or more lbs. recently without trying? ☒ No ☐ Yes → last recorded wt. in medical record: _____ Date: _____

Have any noticed any other symptoms since your joint/extremity pain started? (e.g., decreased appetite, feels hot, no energy, etc.)
NO

**OBJECTIVE:** Temp: 98⁹ Pulse: 62 Resp: 16 Blood Pressure: 122/58 O₂ sat: 99 % Weight: 170

LMP: _____ Blood sugar: _____ (all patients)   If blood sugar is ≥ 200, assess patient **ALSO** with DC4-683MM protocol.
3 prev. weights w/dates

Physical assessment of affected joint/extremity:   (compare to corresponding, non-affected area - - i.e., L ankle vs. R ankle)

* Skin color (compare to non-affected side): ☐ Normal skin tone - No difference ☐ Reddened → diameter of reddened area: _____
☐ Red streaks extending out from affected area

* Skin temp (compare to non-affected side): ☐ No difference ☐ Warmer ☐ Feels hot to touch

*.Swelling (compare to non-affected side): ☐ No swelling/pitting noted ☐ Mild swelling /1+ pitting
☐ Moderate swelling/2+ pitting ☐ Severe swelling/3+pitting ☐ Deep 4+ pitting

* Point tenderness * ☐ No change in pain level with mild palpation ☐ Pain in affected area increases with mild palpation

**INMATE NAME:** Sainthot R

**DC#:** X45056   **RACE:** B   **SEX:** M   SIGNATURE AND STAMP/PRINT of person completing form

**DATE OF BIRTH:** [redacted]

**INSTITUTION:** SRCCI   J. Kelly, RN

DC4-683HH (Revised 6/6/18)   RN OR CLINICIAN REVIEWER: Santa Rosa CI / Annex
Page 1 of 2:

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
**MENTAL HEALTH EMERGENCY PROTOCOL**

**Musculoskeletal Assessment:**
☑ Moves all extremities
☐ Limitation of motion – describe: _____
_Rhand swollen_
☐ Prostheses – type: _____

**Skin Assessment:**
**Mark areas on diagram with letter**
☐ Intact – no problems noted
☐ Ecchymosis (E)
☐ Hematoma (H)
☐ Abrasion (A)
☐ Skin Tear (T)
☐ Laceration (L)

Medical Hx:
☐ Cardiovascular  Dx: _HTN_          ☐ Respiratory  Dx: _____
☐ Neurological  Dx: _Seizures_       ☐ Gastrointestinal  Dx: _N/A_
☐ Diabetes  ☐ IDDM  ☐ NIDDM
How long ago was last meal? _Lunch_
Type of last insulin received and when? _NIM_
☐ Head injury/seizure Dx: _Seizures h/o_
☑ Substance abuse:  What, and last used? _K2 per Ilm_
☐ Vision → Dx: _____          ☐ Hearing → Dx: _____

Additional Comments:
_Ilm has had a mental change in the last month._
_He has become more angry and aggressive insisting white_
_people are trying to hurt him._

---

**FINDINGS REQUIRING IMMEDIATE CLINICIAN NOTIFICATION**
☐ Assessment has determined that there may be risk of injury to self or others
☐ Assessment reflects change in mental status related to medical condition (examples; fever, aphasia, confusion, hyperglycemia)
☐ Other: _____

**PLAN**
☑ Inmate able to return to his/her dorm
☐ Clinician contacted: _____          Time: _____
☐ Inmate to be placed in infirmary isolation management room or infirmary to prevent self-injury and to provide protection and observation
☐ Inmate observed continuously until placement in IMR or OC
☑ Completed "Staff Request/Referral to Mental Health", DC4-529
☐ Other: _____

**EDUCATION**
☐ Inmate instructed to return if symptoms continue, become worse, or if any new symptoms develop.

M. WILLIAMS,LPN.
SANTA ROSA CI

SAINTLOT, ROLAND C.
INMATE DC# Y45056  B/M
DC#: _____
DATE O ███████
INSTITU
DC4-683A (Revised 10/6/15)

_signature_
SIGNATURE AND STAMP/ PRINT

Page 2 of 2

EXIBIT B

MENTAL HEALTH
REPORT

FILED USDC FLND TL
JUN 29 '20 PM 2:05

DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**INMATE SICK-CALL REQUEST**

M.O.B
Mind
Over
Body

Date: 2/16/19          Time: _____

Inmate Name: Roland Saintlot     DC#: Y45056

Housing assignment: B-210b- Letter to an Incarcerated Brother

Job assignment: Encouragement, Hope, And Healing For Inmate and their
Love Ones

Problem:           Out of Suffering have emerged the Strongest

☐ Pass/pass renewal   Souls; the Most massive Characters are Seared

☐ Medication renewal   with Scars.

☐ Need information (explain): _____

☑ Mental Health   Many Young People don't have a role Model I didn't have one
                   that's Why I am in Jail but I have one now and his

☐ Dental   name is Roland Saintlot!!! Me!!!

☐ Medical (explain): _____

Have you forgotten that, once we were brought here, we were
robbed of our name? Robbed of our language. We lost our religion,
our culture, our God. And Many of us, by the way that
we act, we even lost our Mind! I have a Prison
Psychology Pronble I need help pres1 Bed. I be Mad
all the Time in my Room have Nightmare every
day About Officer Jumping on Me I need Help Bad

When did problem/symptoms start? This Pronble Start For a Whicle
on CM

_____

RECEIVED
MENTAL HEALTH

FEB 2 0 2019

Inmate Name: Roland Saintlot
DC#: Y45056          Race/Sex: B/M
Date of Birth: 4-28-1989
Institution: Santa Rosa CF

Santa Rosa Correctional Inst

Distribution: Original—Nursing Supervisor
Pink—Inmate (special housing only-otherwise
destroy copy)
This form is not to be amended, revised, or altered
without approval by the Office Health Services-
Administration

"There is no doubt that if Young white People were incarcerated at the
Same rates as Young black People, the Issue would be a National emergency"
The New Jim Crow

Incorporated by Reference in Rule 33-402.101, F.A.C.

Black Shadow
In My Room

The Bad Spirit
Hear Evil Voice
I Feel I have
Power

**DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
**INMATE SICK-CALL REQUEST**

Date: 2/9/19                    Time: — NOW —

Inmate Name: Roland Sainthot    DC#: Y45056 - Protest Police Brutality

Housing assignment: B-2106      "I need help"

Job assignment: NA   "Schizophrenia"   "I need help"

M.O.B
Mind
Over
Body

Problem: Dear Psychological Professional, Psychiatry, Doctor I need help
Real Bad I Keep on having NightMare of Somebody

☐ Pass/pass renewal    Trying To Kill me In the Room. Every

☐ Medication renewal   time I wake up at Night I See Black

☐ Need information (explain): Shadow, Spirit In My Room Looking

☑ (Mental Health)   At Me What Can I do 4 This To Stop
                    (cause) it's driving Me Cry-azy

☐ Dental

☐ Medical (explain): last Night I Had a Dream I was here And
O Officer Ran In the Room and Kill Me Now I'm
Real Paranoiad I have hallucinations Seeing My Mom
who pass away I Just Need Help. While In The Room
I have bizarre behavior, I get agitation real fast
aggression Stay Mad all dayz In the Room I need help
Real Bad Please. And Right Now I Think about What happen
to Me In Q-dorm I have bad Nightmare About this

When did problem/symptoms start? This Problem happen all The time
Every day & All I do Is Think about This Please Help Me
Thank you

Why So Many Black In Prison?
THE → NEW JIM Crow

RECEIVED
MENTAL HEALTH

FEB 11 2019
Santa Rosa Correctional Institution

My heart So
Cold I could
Put It In
My Cup

Why
Do
Many
Black
In a
Prison?

Inmate Name Roland Sainthot
DC# Y45056        Race/Sex BIM
Date of Birth 4-28-1989
Institution Santa Rosa CF

Distribution:  Original—Nursing Supervisor
Pink—Inmate (special housing only-otherwise
destroy copy)

This form is not to be amended, revised, or altered
without approval by the Office Health Services-
Administration

Corruption Officer   Racist
                     Injustice

Locked up But Not Locked
Down

DC4-698A (Revised 6/11/08)        Incorporated by Reference in Rule 33-402.101, F.A.C.

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

| Allergies: | NKDA |
|---|---|

| DATE/TIME | |
|---|---|
| 11-27-16 2130 | INC. NOTE: BLOOD DRAWN FOR LAB. SAMPLE TO LAB  Depakote CBC ) refused. DC4-711A complete Liver profile / lq N/  S.RYDZOWSKI, LPN SANTA ROSA CI |
| 11/29/16 2200 N | (S) "My chest hurts. I need my vitals taken." Declared medical emergency. (O) Brought to medical. VS: BP137/93 P62 Apical 64. I/M pointed epigastric area as disc. comfort (A) Indigestion. I/M agrees feels is indigesk (P) Instructed to ask for prn Antacid for indigestion. F/U sick call as necessary. Non-emergent _____ B. ____ J. BARTHILL, ANSP SANTA ROSA CI ANNEX |
| 12/7/16 1939 | Reactionary use of force required on patients. Post use of force exam completed in medical. VS: BP: 121/76  O2: 98%  T: 94.3 P: 80 R: 16 Patient stated that the situation was a result of "having flashbacks of November 10 - Thanksgiving time and none of y'all are to blame." Patient denied pain and no injuries were observed during examination. Patient denied needs and returned to cell _____ Devine RN SRC1/Annex |
| 12/22/16 2443 | Patient declared psychological emergency and was assessed cell front. Patient highly agitated, pacing, threatening to harm staff and smeared feces on cell window. Patient informed that he would not be removed from cell while verbalizing threats towards staff. Will continue to observe. _____ Devine RN SRC1/7 |

| SAINTLOT, ROLAND C. DC# Y45056  B/M | S- Subjective Data O- Objective Data A- Assessment of S and O Data P- Plan E-Education |
|---|---|

DC4-701 (Effective 4/8/10)    Incorporated by Reference in Rule 33-602.210

**DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
# INMATE SICK-CALL REQUEST

Date: 3/5/19                    Time: _____

Inmate Name: Roland Saintlot         DC#: Y45056

Housing assignment: B 2106

Job assignment: Racist Injustice Police Brutality, Staff Abuse

Problem: Dear Mental Health Peace to Whoever Reading this Letter, Thank
You For Taking your Time out to Real My Mental Health
Promble.

☐ Pass/pass renewal

☐ Medication renewal

☐ Need information (explain): Traumatize. On Nov 10, 2016-I had a argument

☑ Mental Health With one of the Staff/officer about Something I forgot

☐ Dental For about 2 or 3 min. Then I went to Sleep in a corner
While

☐ Medical (explain): Sleep I hear a Buzz Noise I open my eyes all I
seen was a shiled ram to my Face I try to get up But It was to late. About
6-8 officer/Staff was In the Room Jumping on Me I try to cover up But
one of the officer Pull my Arm So the other officer Can kick, Punch me
In the face they was Beating Me up For about 2-3 min the Most They
Punch, kick Until I Feel like I'am die!!! They Pull me up Blood every were
While In Medical officer/Staff keep Calling Me a Nigger Nigger Nigger White Shirt
(same) told My Side of the Story, And These Evil Racist officer keep a doing Wrong

When did problem/symptoms start? Now this problem/Symptom Start 2016
But I have Nitemare Can't go to Sleep Cause All I Think about
Is Revenge To Be For Real This Trauma-tice Real Bad
So Now I'm Asking For H.t (PLEASE!!!)
Response: We Can discuss at next appointment ____ 3/6/19 1800

Inmate Name Roland Saintlot          Distribution: Original—Nursing Supervisor
DC# 4/28/1989     Race/Sex B/M     Pink—Inmate (special housing only-otherwise
Date of Birth 4-28-1989                                  destroy copy)
Institution Santa Rosa CI              This form is not to be amended, revised, or altered
                                       without approval of the Office Health Services
E. LYONS, MS                           Administration
MENTAL HEALTH
OR INTERN
PROFESSIONA
SANTA ROSA C.I.

RECEIVED
MENTAL HEALTH

MAR 08 2019

Santa Rosa Correctional Inst

MOB Tears of Eye Water

Letter to an Incarcerated Black Brother

**DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
# INMATE SICK-CALL REQUEST
Sick Call

Date: Today

Date Received: 11/28/18   Sx/stamp: S.Dalton LPN S.Dalton LPN

Time: Right Now   Date Triaged by RN: _____ RN

Inmate Name: Roland Saintlot

DC#: 445056   Sx/stamp: _____

Triage Level: (Circle 1)

Housing assignment: B-2106-

1-Emergent  2-Urgent  3-Routine

Job assignment: *Mental or Emotional Injury*   Sx(stamp) Date Seen:  by  I need Help Real Bad!

Problem: im stress, Fear, and depression and other Psychological impacts in my life in prison

☐ Pass/pass renewal   unlawful arrest   *Physical Injury*

☐ Medication renewal   Confinement
   *Racial discrimination and many others

☐ Need information (explain): Really injures my liberty.

☑ Mental Health   Physical harm, embarrassment, And
   Emotional Suffering, Mental anguish
   Psychological torture

☐ Dental

☐ Medical (explain): Healing the Criminal Heart ♥
   I Need Help Please !!!   !!
   Why are Soooooo Many Black Men In Prison ..·

Damn I can't Go to sleep for Shit I keep on having Nightmare of this Racist Officer Coming In My Room Jumpin on Me, I wake up and Cry M.O.B and get Mad cause I want Pay Back 4 What they did to me In Q-dorm !!!

When did problem/symptoms start? Man This Been Going 4 a Long Time To A Point It Mess With My Mind Mentally And I think all White People Is Evil Racist. And what Crazy No Body Aint Trying To Help Me!!! I See I Got To Help My Self. I can't Go To My People (Black) they Brainwash and Inmate(Black) Go against each other

Inmate Name: Roland Saintlot
DC#: 445056   Race/Sex: B/M
Date of Birth: 4-22-1989
Institution: Santa Rosa C.I

Distribution: Original—Nursing Supervisor
Pink—Inmate (special housing only-otherwise destroy copy)

This form is not to be amended, revised, or altered without approval by the Office Health Services Administration

RECEIVED
MENTAL HEALTH

NOV 28 2018

Response: 12/4/18 0100
Discuss at next appointment

L. LYONS, MS
REGISTERED MENTAL HEALTH
COUNSELOR INTERN
MENTAL HEALTH PROFESSIONAL

DC4-698A (Revised 6/11/08)
HSM R.1

Incorporated by Reference in Rule 33-402.101, F.A.C.   Santa Rosa Correctional Inst

**FLORIDA DEPARTMENT OF CORRECTIONS**
## EMERGENCY ROOM RECORD

| Check all that apply: | ☑ Inmate | ☐ Employee | ☐ Visitor | |
|---|---|---|---|---|
| | ☑ Post-Use-of-Force Exam | ☐ Injury | ☐ Physical Altercation | |

All inmates must be examined by medical personnel following a use of force. This includes a visual inspection of the entire body to identify any sign of injury. This exam shall be performed in the medical unit except under unusual circumstance. Injuries shall be documented on the DC4-708, *Diagram of Injury*. If a physician/CA is not present at the time of the exam, a physician/CA must review this form and sign it on the next working day.

Time of occurrence: __1930__    Time of exam: __1939__

Description of occurrence: Reactionary use of force required on inmate Saintlot DC# Y45056
Inmate attempted to pull away from officer while being escorted from shower area.

Post Use of Chemical Agent Instructions: Shower without soap? ☑ N/A   ☐ Yes  ☐ Refused→☐ educated on importance of showering
☐ Report any difficulty breathing ☐ Remain in upright position ☐ Do Not apply lotion to the skin ☐ Splash cool water to eyes 5-10 minutes

Vital Signs:   Temperature __97.3__  Pulse __80__  Respiration __16__  O2 Sat __98__ % Blood Pressure __121__ / __76__

Arrived via: ☑ Ambulatory   ☐ Stretcher   ☐ Wheelchair   ☐ Other: __

Condition on arrival (check all that apply): ☑ Alert  ☑ Oriented x 4 (person, place, time, situation)  ☑ Responding to questions verbally
☐ Other (requires description in examinations summary)
☐ C/O pain? If checked, where? _denies pain_

Examination summary: No injuries observed. Patient repeatedly referenced "having flashbacks" of past occurrences. — One being November 10. Patient stated that "some of y'all are to blame; this is all flashbacks." VS:WNL. Patient cooperative.

Physician notified? ☑ No  ☐ Yes   Name: _____   Time: _____

Treatment provided? ☑ No  ☐ Yes   If yes, describe: _____

Response to Treatment: __N/A__

Disposition:   ☐ Population  ☑ Confinement  ☐ Infirmary  ☐ Hospital  ☐ Rescue  ☐ Other (explain): _____

Discharge Instructions and Education: _____

Health Care Provider's Signature and Stamp: R Granite RN SRCI/Annex    Date/Time: 12/7/16  1945

Reviewing Physician's Signature and Stamp: _____    Date/Time: 13/12/16  4p

R. CALNAIDO
PSYCHIATRIST
SANTA RSA CK ANNEX

Saintlot, Roland
DC# Y45056  B/M

_____/Annex  Q Dorm

/Sex _____

Health Record Distribution:   White—Health Record
                              Canary—Inspector General
                              Pink—Local Requirements

Employee Distribution:   White—Safety Officer/Designee
                         Canary—Employee Copy
                         Pink—DESTROY

DC4-        '12)

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
**MENTAL HEALTH EMERGENCY PROTOCOL**

**SUBJECTIVE:** Date: 1/22/18   Time: 1350   Age: —   ☑ Sick Call   ☐ EMID

Allergies: NKDA

Current Medication/s: see MAR

Reported Problem: Wants to go restart pysch meds.

History of Self-Injury? ☐ No ☑ Yes → Describe: _____ When?/ Last episode? _____

History of Violence? ☐ No ☑ Yes → Describe: Uncooperative & Security   When?/ Last episode? frequently

**OBJECTIVE:** Temp: 96.0   Pulse: 99   Resp: 16   Blood Pressure: 130/70   O2 sat: 99 %   Weight: _____

If patient is a diabetic, blood sugar level: N/A

Appearance: ☑ Well groomed   ☐ Somewhat disheveled   ☐ Other/Comments: _____

**NOTE: CHECK ALL THAT APPLY FOR THE FOLLOWING:**

Current behavior:
☐ Withdrawn   ☑ Cursing
☐ Quiet   ☐ Threatening
☑ Anxious   ☐ Assaultive
☑ Agitated   ☐ Self-injurious
☑ Pacing   ☐ Homicidal
☐ Non-verbal   ☐ Other: _____

Oriented to: ☑ Person ☑ Place ☐ Time   Indicate any inappropriate response/s: I/m keeps refering to when MLK was killed in 1968. And the KKK beat him up.

Memory: Recent: What is your housing location? _____
Remote: What was your previous institution? _____

Mood as reported:
☐ Cheerful   ☐ Depressed
☑ Anxious   ☐ Hopeless
☑ Tense   ☑ Angry
☑ Fearful   ☐ Other: _____

Affect as observed:
☐ Normal   ☐ Sullen
☐ Cheerful   ☑ Tense
☐ Blunted   ☑ Anxious
☐ Flat   ☐ Depressed
☐ Tearful   ☑ Angry
☑ Labile (changing)   ☐ Hostile
☐ Other: _____

Thought process:
☐ Well organized   ☑ Poor concentration
☐ Coherent   ☐ Other: _____
☑ Accelerated speech w/abrupt changes from topic to topic

Perception: Inmate claims to hear voices or sounds, which others cannot hear? ☑ No ☐ Yes → Describe: _____

Inmate claims to see visions of things that others cannot see? ☑ No ☐ Yes → Describe: _____

Thought content:  Is inmate experiencing delusions (reflects false personal beliefs)? ☐ No ☑ Yes → Describe: Claims to have PTSD from when MLK was killed.

Self-injury:  Ideas? ☑ No ☐ Yes → Describe: _____
Threats? ☑ No ☐ Yes → Describe: _____
Plan? ☑ No ☐ Yes → Describe: _____

Vegetative Function:  Appetite (recent change): ☑ No ☐ Yes ☐ Increase ☐ Decrease
Difficulty sleeping? ☑ No ☐ Yes   Average hours of sleep at night: _____

SAINTLOT, ROLAND C.
DC# Y45056   B/M

INMATE N_____
DC#: _____
DATE OF _____
INSTITUT_____   119

M. WILLIAMS, LPN
SANTA ROSA CI

SIGNATURE AND STAMP/ PRINT

FLORIDA DEPARTMENT OF CORRECTION
## EMERGENCY ROOM RECORD

**Check all that apply:**  ☑ Inmate  ☐ Employee  ☐ Visitor
☑ Post-Use-of-Force Exam  ☐ Injury  ☐ Physical Altercation

---

All inmates must be examined by medical personnel following a use of force. This includes a visual inspection of the entire body to identify any sign of injury. This exam shall be performed in the medical unit except under unusual circumstance. Injuries shall be documented on the DC4-708, *Diagram of Injury*. If a physician/CA is not present at the time of the exam, a physician/CA **must** review this form and sign it on the next working day.

Time of occurrence: __1930__     Time of exam: __1939__

Description of occurrence: Reactionary use of force required on inmate Saintlot DC# Y45056
Inmate attempted to pull away from officer while being escorted from shower area.

---

Post Use of Chemical Agent Instructions: Shower without soap? ☑ N/A  ☐ Yes  ☐ Refused→☐ educated on importance of showering
☐ Report any difficulty breathing ☐ Remain in upright position ☐ Do Not apply lotion to the skin ☐ Splash cool water to eyes 5-10 minutes

Vital Signs:  Temperature **97.3**  Pulse **80**  Respiration **16**  O2 Sat **98** %  Blood Pressure **121 / 76**

Arrived via:  ☑ Ambulatory  ☐ Stretcher  ☐ Wheelchair  ☐ Other: __

Condition on arrival (check all that apply):  ☑ Alert  ☑ Oriented x 4 (person, place, time, situation)  ☑ Responding to questions verbally
☐ Other (requires description in examinations summary)
☐ C/O pain?  If checked, where? 3, denies pain

Examination summary: No injuries observed. Patient repeatedly referenced "having flashbacks"
of past occurrences. — one being November 10. Patient stated that "some of y'all are to
blame; this is all flashbacks." VS: WNL. Patient cooperative.

---

Physician notified?  ☑ No  ☐ Yes     Name: _____  Time: _____

Treatment provided?  ☑ No  ☐ Yes     If yes, describe: _____

Response to Treatment:  N/A

---

Disposition:  ☐ Population  ☑ Confinement  ☐ Infirmary  ☐ Hospital  ☐ Rescue  ☐ Other (explain):

Discharge Instructions and Education:

---

Health Care Provider's Signature and Stamp: R Stewart RN SRCI/Annex     Date/Time: 12/7/16  1945

Reviewing Physician's Signature and Stamp: _____     Date/Time: 13/12/16  9A

R. GALNAIDO
PSYCHIATRIST
SANTA ROSA CK. ANNEX

**Saintlot, Roland**
**DC# Y45056  B/M**
▓▓▓▓▓▓▓
**/Annex  Q Dorm**

/Sex _____

Inmate Distribution:  White—Health Record
Canary—Inspector General
Pink—Local Requirements
Employee Distribution:  White—Safety Officer/Designee
Canary—Employee Copy
Pink—DESTROY

DC4-      '12)

Black Snakebite
In My Room

Too Bad Spirit
Hair Evil Voice
I Feel I have
Power

**DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
# INMATE SICK-CALL REQUEST

Date: 8/9/19                    Time: — Now —

Inmate Name: Roland Sainthot          DC#: 445056 - Roland Police Brutality

Housing assignment: B 2106          I need help

Job assignment: NA "Schizophrenia"  H×V  I need help

Problem: Dear Psychological Professional, Psychiatry, Doctor I need help
Real Bad I keep on having Night Mare of Some body
☐ Pass/pass renewal  Trying To kill me In In the Room. Every
☐ Medication renewal  time I wake up at Night I See Black
☐ Need information (explain): Shaudow, Spirit In My Room Looking
☑ Mental Health  At the night Can I do 4 This To Stop
☐ Dental  __ Cause it's driving me Crazy
☐ Medical (explain): Last Night I had a Dream I was here And
D officer Ron In the Room and Kill Me Now Im
Real Paranoiad I have hallocinations Seeing My Mom
Who pass away I Just Need Help While In The Room
I have bizarre behavior. __ I get aggitations rest fast
aggression Stay Mad all day In the Room I need help
Real Bad Please. And 4 Now Think of all what happend
to Me In Q.dians I have bad Nightmare About that

When did problem/symptoms start? This Problem happen all The time
Even day &

Inmate Name  Roland Sainthot
DC#  445056                    Race/Sex  13/M
Date of Birth  4-28-1989
Institution  Santa Rosa C.I

Distribution:  Original—Nursing Supervisor
Pink—Inmate (special housing only-otherwise
destroy copy)
This form is not to be amended, revised, or altered
without approval by the Office Health Services-
Administration

DC4-698A (Revised 6/11/08)          Incorporated by Reference in Rule 33-402.101, F.A.C.

**DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**

# INMATE SICK-CALL REQUEST

Date: _____  Time: _____

Inmate Name: _____  DC#: _____

Housing assignment: _____

Job assignment: _____

Problem:

☐   Pass/pass renewal

☐   Medication renewal

☐   Need information (explain): _____

☑   Mental Health

☐   Dental

☐   Medical (explain): _____

When did problem/symptoms start? _____

Inmate Name _Roland Sanchez_

DC# _141056_                     Race/Sex _B/M_

Date of Birth _4-28-1989_

Institution _Santa Rosa C.I._

Distribution: Original—Nursing Supervisor
Pink—Inmate (**special housing only-otherwise destroy copy**)
This form is not to be amended, revised, or altered without approval by the Office Health Services-Administration

*MOB*
*Tears of*
*Water*

*Letter to an Incarcerated*
*Black Brother*

**DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
# INMATE SICK-CALL REQUEST

Date: _Today_     Time: _Right Now_

Inmate Name: _Roland Swallot_     DC#: _145056_

Housing assignment: _B-2/06-_

Job assignment: _*Mental or Emotional Injury*  I need Help Real Bad!_

Problem: _I'm Stress, Fear, and depression and other Psychological imports in My Life in prison_

☐ Pass/pass renewal _Unlawful arrest   + physical injury_

☐ Medication renewal _confinement_
   _+ Racial discrimination and Many others_

☐ Need information (explain): _Bodily injuries My Ebody_

☑ Mental Health _Physical harm, embarrassment, And Emotional Suffering, Mental anguish Psychological torture_

☐ Dental

☐ Medical (explain): _Healing the Criminal Heart ♥_
   _I Need Help Please!!!   +!_
   _Why are Soooooo Many Black Men In Prison?_

_Damn I cant Go to Sleep For Shit I keep on having Nightmare of this Racist officer coming In My Room Jumpin on Me. I wake up and cry MOB and get Mad cuz I want Pay Back 4 What they did to Me In Q doorm!!!_

When did problem/symptoms start? _Man This Been Going 4 a long Time Is It Doing It Moo with My Mind Mentally And I Think all White People Is Evil Racist And What Crazy As Body Aint Trying To Help Me!! - I see I Got To Help Myself I want Go to My People (Black) That Brainwash and Inmate (Black) Go agaist each other_

Inmate Name _Roland Swallot_
DC# _145056_     Race/Sex _B/M_
Date of Birth _11-23-1989_
Institution _Santa Rosa C.I._

Distribution:  Original—Nursing Supervisor
Pink—Inmate (special housing only-otherwise destroy copy)
This form is not to be amended, revised, or altered without approval by the Office Health Services-Administration

DC4-698A (Revised 6/11/08)     Incorporated by Reference in Rule 33-402.101, F.A.C.

*House in Hydro SFC 3: Aug. June 6, 2016, Louisville, TN, KKK, White Supremacist?*

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

# INMATE REQUEST

169-1807-0176 * Menta Health *

Mail Number: _____
Team Number: 08 Allender
Institution: Santa Rosa CI

| TO: (Check One) | ☐ Warden | ☐ Classification | ☒ Medical | ☐ Dental | *Yet XM - Young Black Christopher Wade* |
| | ☐ Asst. Warden | ☐ Security | ☒ Mental Health | ☐ Other | *Alton Sterling Freddie Grey* |

| FROM: | Inmate Name: Roland Szintlot | DC Number: Y45056 | Quarters: B-2113 | Job Assignment: -NA- | Date: 7-5-18 |

**REQUEST** Police brutality, Racist/Prejudiced
They Try To Kill Me In Q-dorm    Check here if this is an informal grievance ☒

Dear Doctor Before I Start I come In the Name of Martin Luther King
I need help real Bad. "I Can't Not Sleep I be having Niterare
About What happen to Me In Q-dorm When 8 Racist officer ran
In My Room on a fake Man down and Jump on Me and Call me
Nigger, Nigger, Now I have Nite Mare Real Bad. I be Depress
Sad, Mad, Angre All the time What they did to Me and The
Death of My Mother I hear her Voice In this Room, I feel
like The White Man/Woman kill My Mom, Now I be In This Room
I Seen Black Shadow, Sprit Voice I need Help, I was
doing good So I ask them to take Me off My Med, But
Now "I need My Med Now I had Another Death I'm going Crazy,
I need Help I aint talk to No Body Blesse Help Me 71,

RECEIVED
MENTAL HEALTH

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview.
Informal grievances will be responded to in writing.

| Inmate (Signature): | DC#: Y45056 | JUL 06 2018 |

7L/Psych

RECEIVED
Santa Rosa Correctional Inst
JUL 05 2018

## DO NOT WRITE BELOW THIS LINE

**RESPONSE**    **DATE RECEIVED:**

Mr. Szintlot your grievance has been received and reviewed. You are scheduled
to be seen by a counselor and Psychiatry. Please attend to your med call.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____ (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name): N. Cannon | Official (Signature): | Date: 7/9/18 |

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103.005, F.A.C.

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST**

119-1805-0652   Informal Grievance Warden/Doctor

Mail Number: _____
Team Number: 02
Institution: Santa Rosa E.I.

| TO: (Check One) | ☑ Warden | ☐ Classification | ☐ Medical | ☐ Dental | Psychy |
|---|---|---|---|---|---|
| | ☐ Asst. Warden | ☐ Security | ☑ Mental Health | ☐ Other | Doctor |

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Roland Saintlot | 445056 | B-2113 | -NA- | 5-21-18 |

**REQUEST**                                    Check here if this is an informal grievance ☑

I'm sending a Informal Grievance - "I NEED HELP" Every Nite I Go To Sleep I have Nitemare of Racist Injustice officer/Police coming In my Room Jumping on me. All I do is get Flash Back on what Happen to me in Q-from when 8 officer came In there on a Takedown and Jump on me Chip my Teeth, Broke my Right Nose All I Think is Death on These officer. I Need my Pschy med "Real Bad" Couse Now I hear Evil Voice Telling me to Do Something Dumb Well Not Dumb "Justice". Now I wake up I See Black Shadows In my Room, I See Sprit To a Point I'm Praying to These Thing I Need Help Real Bad I wake up and I Be Stuck In the Bed I See Black Shadow Over Bed I Tell Psychy She don't Care To Help me. I Need Help Real Psychd ---

All requests will be handled in one of the following ways: 1) Written Information or  2) Personal Interview. All informal grievances will be responded to in writing.

| Inmate (Signature) Roland Saintlot | DC#: 445056 |
|---|---|

7L Psych

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                          DATE RECEIVED: **RECEIVED MAY 21 2018**

Your grievance has been received, reviewed and reevaluated. You are encouraged to Speak with your MHP in regards to these concerns.

J. Thompson, MSW
Registered Clinical Social Worker Intern
Mental Health Professional
Santa Rosa CII Annex

[The following pertains to informal grievances only:]
Based on the above information, your grievance is **returned** . (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name) J. Thompson | Official (Signature) J Thompson | Date: 5/24/18 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103.005, F.A.C.

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST**        Informal Grievance

1191807-1124

Mail Number: _____
Team Number: ___52____
Institution: _Santa Rosa CI_

**TO:**        ☐ Warden        ☐ Classification      ☐ Medical       ☐ Dental      10 days to
(Check One)   ☐ Asst. Warden  ☐ Security            ☐ Mental Health ☐ Other      Respond

| FROM: Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|
| Roland Printled | N45056 | B-2113 | -NA- | 7/23/ |

**REQUEST** Mental Health        Check here if this is an informal grievance ☑

Dear Doctor, Psychiatrist, Psychology - I need help real bad Please. I
can't take this no more I keep hearing voices/voicing telling me to
do crazy stuff "I need help" at nite I wake up to a bad
nite mare me being jump "Police brutally" Racist injustice officer
trying to kill me "I'm Still Traumatizeing, Parahoid that they
going to kill me. I don't eat my food I feel like some body
Poting Something in my food. Please help me Pain /fear
        ※ My Anxeity is bad
I be depress/Angre all the time "why I keep hearing
voicing and I See Black Shadow, Sprit in my Room I
don't Sleep is hard for me to Sleep I need Help I
Need Somebody to talk to about this Please only Docter

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All
informal grievances will be responded to in writing.

Inmate (Signature): _____        DC#: N45056

7L45456

DO NOT WRITE BELOW THIS LINE

**RESPONSE**        DATE RECEIVED: JUN 2 4 2018

Mr. Printlet your grievance has been received and reviewed. For mental health
services you are scheduled to be seen monthly with a counselor, she is
properly trained to provide your treatment. She will determine if further eval
is/or written is needed it. You are scheduled to be seen, please attend to your
call out.

[The following pertains to informal grievances only:]
Based on the above information, your grievance is _____ (Returned, Denied, or Approved). If your informal grievance is denied,
you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name): N. Colon, Psy.) | Official (Signature): | Date: 4/27/18 |

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file.        MENTAL HEALTH
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.        RECEIVED

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.        JUL 26 2018
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as
required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no
later than 15 days after the grievance is responded to.  If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.        Santa Rosa Correctional Inst.

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103.005, F.A.C.

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

# INMATE REQUEST

119-1808-0193  Doctor, Psychology, Psychiatry

Mail Number: _____
Team Number: 02
Institution: Santa Rosa

| TO: (Check One) | ☐ Warden | ☐ Classification | ☐ Medical | ☐ Dental | 10 days |
|---|---|---|---|---|---|
| | ☐ Asst. Warden | ☐ Security | ☑ Mental Health | ☐ Other | Respond |

| FROM: | Inmate Name Roland Saintlot | DC Number Y45056 | Quarters B-2113 | Job Assignment — NA — | Date 8/3/18 |
|---|---|---|---|---|---|

## REQUEST

Check here if this is an informal grievance ☑

I'm Sending informal Grievance to the Psychology+ Mental Health Department My Name Is Roland Saintlot Im a S-3 and I would like to be place Back on my Psych Med.

I was brutally beaten by Several officers. Which left me With Two (2) broken teeth, and Was disfigured for a while. I was Jump While I was Sleep on a flase life-safety Check. After Ward They Starved me for days, Playing With Mail, I was Not Receiving anything, nor did They allow my out going mail To go out Nothing. It Was Rough.

Now "Psychological trauma and Mental anguish including depression, panic attacks and" Nightmares My anxiety Is Real Bad of this assault & I Would like To bee Seen and Place Back Oh My Med. Thank You

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

| Inmate (Signature) | DC#: Y45056 |
|---|---|

7L Psych

**DO NOT WRITE BELOW THIS LINE**

## RESPONSE

DATE RECEIVED: AUG 0 3 2018

You have a pending appointment soon. Make Sure you celve out.

|The following pertains to informal grievances only:

Based on the above information, your grievance is _Denied_ (Returned, Denied, or Approved).  If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): V. Hancock, R.N. Santa Rosa C.I. | Official (Signature) | Date: 8/6/18 |
|---|---|---|

RECEIVED
MENTAL HEALTH

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days following receipt by staff.

AUG 06 2018

You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C, attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to.  If the 15th day falls on a weekend or holiday, the due date shall be the next Santa Rosa Correctional Inst.

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103.005, F.A.C.

*Need Help Bad need*
*Silk To Some Body*
*119-1808*
*0041*

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
# INMATE REQUEST

Mail Number: _____
Team Number: _____ *03*
Institution: *Santa Rosa*

*Doctor, Psychologist, Psychiatrist*     *Doctor Rxford* *todays*

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☑ Mental Health | ☐ Dental ☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name *Roland Gishlot* | DC Number *Y45056* | Quarters *B-2113* | Job Assignment *—NA—* | Date *8-1-18* |
|---|---|---|---|---|---|

**REQUEST** *Doctor, Psychological, Psychiatrist*   Check here if this is an informal grievance ☑

Dear Doctor, I need your help real Bad Please I need to
Be Place Back on my med I told them to take me off to
See I will do Better But It got worst I be soooo depress
In my Room I don't eat all my meal I am hearing voices of
my lost Mother and Evil voice, I be looking up to Nite
more To a point It's hard For me To sleep. At Nite
I be seening Black shadows, spirt I don't know what to
do so I need help I be mad all day To a point I yell
curse officer out For what I went through, I was
at Lake CMHI they order me shot the lodge, I was
at U.C.I and Santa Rosa Anexx were they almost kill me
So I'm Asking to Be Place Back on my med thank you

All requests will be handled in one of the following ways: 1) Written Information or   2) Personal Interview. All informal grievances will be responded to in writing.

| Inmate (Signature): *7L Psych* | DC#: *Y45056* |
|---|---|

---
**DO NOT WRITE BELOW THIS LINE**
---

## RESPONSE
DATE RECEIVED: ___AUG 0 1 2018___

*You have a pending appointment soon. make*
*sure you come out.*

[The following pertains to informal grievances only:]

Based on the above information, your grievance is *Denied* . (Returned, Denied, or Approved).  If your informal grievance is denied,
you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.;

| Official (Print Name): *V. Hancock* *Santa Rosa C.I.* | Official (Signature): | Date *8/6/18* |
|---|---|---|

RECEIVED
MENTAL HEALTH

AUG 0 3 2018

Santa Rosa Correctional Inst

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to.  If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)                    Incorporated by Reference in Rule 33-103.005, F.A.C.

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

Mail Number: _____
Team Number: _02_
Institution: _Santa Rosa_

**INMATE REQUEST**

119-1808-0173 Doctor, Psychology, Psychiatry

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☑ Mental Health | ☐ Dental ☐ Other | 10 days Respond |

| FROM: | Inmate Name Roland Saintlot | DC Number Y45056 | Quarters B-2113 | Job Assignment —NA— | Date 8/3/18 |

**REQUEST**                                Check here if this is an informal grievance ☑

I'm sending informal Grievance to the Psychology Mental Health Department. My Name is Roland Saintlot I'm a S-3 and I would like to be place Back on my Psych Med.
I was brutally beaten by Several officers. Which left me With Two (2) broken teeth, and was disfigured for a while. I was Jump While I was Sleep on a false life-safety Check. After Ward They Starved me for days, Playing with Mail, I was Not Receiving anything, nor did They allow my out going mail To go out Nothing. It was Rough.

Now Psychological trauma and Mental anguish including depression, Panic attacks and Nightmares My anxiety Is Real Bad of this assault & I would like To be Seen and Place Back on My Med. Thank You

All requests will be handled in one of the following ways:  1) Written Information or  2) Personal Interview.  All informal grievances will be responded to in writing.

| Inmate (Signature): | DC#: Y45056 |

7L Psych

**DO NOT WRITE BELOW THIS LINE**                                AUG 0 3 2018

**RESPONSE**                                DATE RECEIVED: _____

You have a pending appointment soon. Make Sure you come out.

|The following pertains to informal grievances only:

Based on the above information, your grievance is _Denied_ (Returned, Denied, or Approved).  If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name): V. Hancock, R.N. Santa-Rosa C.I. | Official (Signature): | Date: 8/6/18 |

RECEIVED
MENTAL HEALTH

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

AUG 0 6 2018

Informal Grievances and Inmate Requests will be responded to within 10 days following receipt by staff.

You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to.  If the 15th day falls on a weekend or holiday, the due date shall be the next regular working day.  Santa Rosa Correctional Inst.

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103.005, F.A.C.

**DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
# INMATE SICK-CALL REQUEST

Date: 3/10/18                                   Time: _____

Inmate Name: Roland Gravellat          DC#: Y45056

Housing assignment: B-2106

Job assignment: Racist, Injustice, Police Brutality Corruption officer

Problem: Try To Make us look Bad, evil how come at

☐ Pass/pass renewal   Them, i'm Somebody, i'm Haitian 1804

☐ Medication renewal   What they can do to Me I'm a Zombie

☐ Need information (explain): Dead!!!

☑ Mental Health   — I hate The OPPression

☐ Dental

☐ Medical (explain): Damn why, why do they look at US as Nobody
I'm human not a Animal!!! Damn Please forgive Me! Save
like I try and ask God To help Me and 4
Give Me 4 My Sin But I went to kill all those
Racist & Injustice People that did us Wrong!!
They Think is Funny When you Jump on a inmate
with hand cuff that Not Right We human, I got
hate In My Please God Help Me!!! Why They

When did problem/symptoms start? Jump Me 4, Do Why I got
Rape When I was Yung 4 I was Just a kid
Having fun In Haiti then he lady Me!!! I Miss
My Mom She die on the a A/I Prison Boss
the up !!! Made Me Ruthless, Damn take the time
To know US Don't look down on US We human

Inmate Name  Roland Gravellat
DC#: Y45056                    Race/Sex  B/M
Date of Birth  4-28-1988
Institution  Santa Rosa CI

Distribution:  Original—Nursing Supervisor
Pink—Inmate (special housing only-otherwise destroy copy)

This form is not to be amended, revised, or altered without approval by the Office Health Services-Administration

Yea We Ready Touch Me,
Again I'm fight Back Like 2Pac Say They
Lie

The Missing Pages
of our His-Story
Smoke all My Pain away!!!
Case 3:18-cv-00441-TKW-MAF   Document 112   Filed 06/29/20   Page 57 of 67

**DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
# INMATE SICK-CALL REQUEST

Date: 12/28/18    Time: —Now—

Inmate Name: Roland Sainthot Rabbit    AKA Look up    DC#: Y45056 = 2+5+4+5+6+6 = (9) = I

Housing assignment: B-2)66 = 2+7+6+6 = (9) = I Nine Is the highest Number

Job assignment: Mood-Mad Song-Major By-Memphis Rapper Young Dolph Baller PRE Alert Hustle
"One ear to the Streets!!!"    Flow

Problem:    Volume 5-High Class Street Music Mixtape

☐ Pass/pass renewal

☐ Medication renewal    "I told Myself I'll never be broke"
"Basketball cool, But I'm good at Moving dope"

☐ Need information (explain): _____

(☑) Mental Health    Idolized - 2Pac, Pimp C, C-Murder, Soulja Slim, Piles
Future Migos    Young Thug    T-Grizzlies    Webbie
"Bullet Proof"    Nicki Miga    Birdman
Kodak Black    Lil Baby    100 rounds I Survived

☐ Dental

☐ Medical (explain): In February, In my care that war Shot up, I hope I get this
Mercy, Justice too, Oh I got Jump By 8 officers So I hope
I Win. Cause I Need It Get Me a Lawyer. And All My
Brothers/Niggaz/Friend Till The End Loyalty, Cae, Lockup
In here with Me. 4 Real I'm Trying to help them!!! From
The Racist Injustice People 4 Real, "Look at My teeth
Chip Bad It was Two LY Guess what I'm alive,

When did problem/symptoms start: breathing, I'm bless and black!

We always Knew There Is Racism In this Country But Now
People are Letting US know In Plain Sight/ does not Care about
People Rights and/or People's Safety

Inmate Name: Roland Sainthot
DC#: Y45056    Race/Sex: B/M
Date of Birth: 4-28-1989
Institution: Santa Rosa CI

Distribution: Original—Nursing Supervisor
Pink—Inmate (special housing only-otherwise destroy copy)
This form is not to be amended, revised, or altered without approval by the Office Health Services-Administration

DC4-698A (Revised 6/11/08)    Incorporated by Reference in Rule 33-402.101, F.A.C.

# FLORIDA DEPARTMENT OF CORRECTIONS
## Individualized Service Plan

| Problem Name | Delusions | | Problem # | 110 |
|---|---|---|---|---|

| Problem Description in Behavioral Terms | Problem Frequency, Duration & Intensity |
|---|---|
| Inmate presented with delusional behaviors as evidenced by reporting his dead mother in a cell, responding to internal stimuli, and statements that appear paranoid in nature. He has also been observed to have bizarre behaviors such as acting like an animal and crawling over the cage. He has exposed himself to officers and talks about historical events as current events. IM also has poor insight and judgment regarding his mental illness. IM also has paranoia over his security. | Frequency: Daily<br>Duration: Chronic<br>Intensity: Severe |

| Treatment Goal:<br>(Target behaviors in measurable terms) | Patient will report his thinking as delusional through 5/12/17.<br>He will learn self-soothing skills to decrease his delusional thinking.<br>IM will learn various coping strategies such as reality testing to determine if thoughts are real. |
|---|---|

| Interventions | Intervention Frequency (or N/A) | Intervention Provider (Specify each by name and title) |
|---|---|---|
| Case Management | Weekly | M. Dunn, MA, LMFT -- MH Professional |
| Individual Counseling | Weekly | M. Dunn, MA, LMFT -- MH Professional |
| Psychiatric Follow Up | Weekly | L. Lefler, M.D. – Psychiatry |
| Medication Management | Daily | A. Ross, RN, DON – Director or Nursing |
| Group and Psycho-ed Counseling | Weekly | Dunn, Englert, Badgley, Scott, Noel, Brown, Ibarra, Treston, Boysen MHP's |
| Activity Therapy | Weekly | D. Mason or N. Rascati-Activity Therapist-HSC-III |
| Therapeutic Community | Weekly | Dunn, Englert, Badgley, Scott, Noel, Brown, Ibarra, Treston, Boysen MHP's |

| Problem Name | Anger Control | | Problem # | 104 |
|---|---|---|---|---|

| Problem Description in Behavioral Terms | Problem Frequency, Duration & Intensity |
|---|---|
| It is documented that the IM has had several ETO's for displaying anger and agitation. | Frequency: 0/7<br>Duration: Past reporting period<br>Intensity: Warrants medication intervention |

| Treatment Goal:<br>(Target behaviors in measurable terms) | IM will use various coping strategies to help him decrease his bouts of anger such as deep breathing or meditation through 5/12/17<br>IM will maintain the information that he received from completing his anger group |
|---|---|

| Interventions | Intervention Frequency (or N/A) | Intervention Provider (Specify each by name and title) |
|---|---|---|
| Case Management | Weekly | M. Dunn, MA, LMFT – MH Professional |
| Individual Counseling | Weekly | M. Dunn, MA, LMFT – MH Professional |
| Psychiatric Follow Up | Weekly | L. Lefler, M.D. – Psychiatry |
| Medication Management | Daily | A. Ross, RN, DON – Director or Nursing |
| Group and Psycho-ed Counseling | Weekly | Dunn, Englert, Badgley, Scott, Noel, Brown, Ibarra, Treston, Boysen MHP's |
| Activity Therapy | Weekly | D. Mason or N. Rascati-Activity Therapist-HSC-III |
| Therapeutic Community | Weekly | Dunn, Englert, Badgley, Scott, Noel, Brown, Ibarra, Treston, Boysen MHP's |

| Problem Name | N/A | | Problem # | |
|---|---|---|---|---|

| Problem Description in Behavioral Terms | Problem Frequency, Duration & Intensity |
|---|---|
| | RECEIVED<br>MENTAL HEALTH<br><br>FEB 07 2020<br><br>Santa Rosa Correctional Inst |

| Treatment Goal:<br>(Target behaviors in measurable terms) | |
|---|---|

| Interventions | Intervention Frequency (or N/A) | Intervention Provider (Specify each by name and title) |
|---|---|---|
| Case Management | Weekly | M. Dunn, MA, LMFT -- MH Professional |
| Individual Counseling | Weekly | M. Dunn, MA, LMFT -- MH Professional |
| Psychiatric Follow Up | Weekly | L. Lefler, M.D. – Psychiatry |
| Medication Management | Daily | A. Ross, RN, DON – Director or Nursing |
| Group and Psycho-ed Counseling | Weekly | Dunn, Englert, Badgley, Scott, Noel, Brown, Ibarra, Treston, Boysen MHP's |
| Activity Therapy | Weekly | D. Mason or N. Rascati-Activity Therapist-HSC-III |
| Therapeutic Community | Weekly | Dunn, Englert, Badgley, Scott, Noel, Brown, Ibarra, Treston, Boysen MHP's |

Inmate Name   **Saintlot, Roland**    Current S-Grade:  6   MDST Date:  **4/12/17**
DC#  **Y45056**    R/S   **B/M**
Date of Birth  ██████
Institution  **Lake CI**

DC4-643A (Effective 8/16)   Incorporated by Reference in Rule, 33-601.800, F.A.C.   Page 2 of 3
This form is not to be amended, revised, or altered without approval of the Director, Health Services Administration.

# FLORIDA DEPARTMENT OF CORRECTIONS
## Individualized Service Plan

| Problem Name | Suicidal Behaviors | | | | Problem # | 152 |
|---|---|---|---|---|---|---|
| Problem Description in Behavioral Terms | | | | Problem Frequency, Duration & Intensity | | |
| Chart indicates that inmate has a history of suicidal ideations and homicidal ideations and threats that have resulted in higher levels of care. | | | | Most recent admissions: 2/14/17, IM told security that he was suicidal/homicidal, but denied it when mental health assessed him. | | |
| Treatment Goal: (Target behaviors in measurable terms) | Inmate will take medication as prescribed (if prescribed). Patient will refrain from threatening suicidal/homicidal behaviors as evidenced by not being admitted to SHOS through 5/12/17. IM will learn and utilize two coping strategies to decrease his thoughts of suicide such as deep breathing or reality testing. | | | | | |
| Interventions | Intervention Frequency (or N/A) | Intervention Provider (Specify each by name and title) | | | | |
| Case Management | Weekly | M. Dunn, MA, LMFT – MH Professional | | | | |
| Individual Counseling | Weekly | M. Dunn, MA, LMFT – MH Professional | | | | |
| Psychiatric Follow Up | Weekly | L. Lefler, M.D. – Psychiatry | | | | |
| Medication Management | Daily | A. Ross, RN, DON – Director or Nursing | | | | |
| Group and Psycho-ed Counseling | Weekly | Dunn, Englert, Badgley, Scott, Noel, Brown, Ibarra, Treston, Boysen MHP's | | | | |
| Activity Therapy | Weekly | D. Mason or N. Rascati-Activity Therapist-HSC-III | | | | |
| Therapeutic Community | Weekly | Dunn, Englert, Badgley, Scott, Noel, Brown, Ibarra, Treston, Boysen MHP's | | | | |

| Problem Name | Discharge Readiness Skills from MHTF | | | | Problem # | 308 |
|---|---|---|---|---|---|---|
| Problem Description in Behavioral Terms | | | | Problem Frequency, Duration & Intensity | | |
| The MDST will meet and documented its clinical justification that the patient's mental status and level of functioning will enable satisfactory adjustment to a lower level of care. | | | | IM needs stabilization for his symptoms of psychosis and suicidal ideation. | | |
| Treatment Goal: (Target behaviors in measurable terms) | IM will be baseline in his symptoms prior to transferring to a level S4. IM will have utilize coping strategies to decrease his symptoms. IM will also consent for medications and mental health services. IM will attend and actively participate in at least one (1) MDST by next review date of 5/12/17 to discuss his readiness for step-down to TCU, to include identifying relevant strengths, abilities, needs, or potential barriers that might promote or hinder his success in a less restrictive treatment setting. | | | | | |
| Interventions | Intervention Frequency (or N/A) | Intervention Provider (Specify each by name and title) | | | | |
| Case Management | Weekly | M. Dunn, MA, LMFT – MH Professional | | | | |
| Individual Counseling | Weekly | M. Dunn, MA, LMFT – MH Professional | | | | |
| Psychiatric Follow Up | Weekly | L. Lefler, M.D. – Psychiatry | | | | |
| Medication Management | Daily | A. Ross, RN, DON – Director or Nursing | | | | |
| Group and Psycho-ed Counseling | Weekly | Dunn, Englert, Badgley, Scott, Noel, Brown, Ibarra, Treston, Boysen MHP's | | | | |
| Activity Therapy | Weekly | D. Mason or N. Rascati-Activity Therapist-HSC-III | | | | |
| Therapeutic Community | Weekly | Dunn, Englert, Badgley, Scott, Noel, Brown, Ibarra, Treston, Boysen MHP's | | | | |

| Problem Name | Other Pathological Behaviors | | | | Problem # | 135 |
|---|---|---|---|---|---|---|
| Problem Description in Behavioral Terms | | | | Problem Frequency, Duration & Intensity | | |
| IM has increase the number DR's he has received since he arrived at MHTF. His current BRA with a score of 57 dictates that the IM needs to decrease the number of DR's he receives. | | | | DR's in the past 6 months: 10/12/16 SPOKEN THREATS; 10/12/16 DISOBEYING ORDER; 10/28/16 BATTERY/ATT/CO; 11/02/16 DISOBEYING ORDER; 11/03/16 MISUSE OF STATE PROP; 11/04/16 DISORDERLY CONDUCT; 11/07/16 DISORDERLY CONDUCT; 11/10/16 BATTERY/ATT/CO; 12/02/16 SPOKEN THREATS; 01/10/17 DISOBEYING ORDER 02/10/17 POSS OF WEAPONS; 02/11/17 SPOKEN THREATS 02/13/17 LEWD OR LASC. EXHIB. | | |
| Treatment Goal: (Target behaviors in measurable terms) | Inmate will receive 0 DRs through 5/12/17. He will attend at least 50% of offered mental health services to improve problem solving skills. IM will also comply with security and institutional rules as a way to learn life skills. | | | | | |
| Interventions | Intervention Frequency (or N/A) | Intervention Provider (Specify each by name and title) | | | | |
| Case Management | Weekly | M. Dunn, MA, LMFT – MH Professional | | | | |
| Individual Counseling | Weekly | M. Dunn, MA, LMFT – MH Professional | | | | |
| Psychiatric Follow Up | Weekly | L. Lefler, M.D. – Psychiatry | | | | |
| Medication Management | Daily | A. Ross, RN, DON – Director or Nursing | | | | |
| Group and Psycho-ed Counseling | Weekly | Dunn, Englert, Badgley, Scott, Noel, Brown, Ibarra, Treston, Boysen MHP's | | | | |
| Activity Therapy | Weekly | D. Mason or N. Rascati-Activity Therapist-HSC-III | | | | |
| Therapeutic Community | Weekly | Dunn, Englert, Badgley, Scott, Noel, Brown, Ibarra, Treston, Boysen MHP's | | | | |

RECEIVED
MENTAL HEALTH

FEB 07 2020

Santa Rosa Correctional Inst

| Inmate Name | Saintlot, Roland | | | Current S-Grade: | S6 | MDST Date: | 4/12/17 |
|---|---|---|---|---|---|---|---|
| DC# | Y45056 | R/S | B/M | | | | |
| Date of Birth | | | | | | | |
| Institution | Lake CI | | | | | | |

# FLORIDA DEPARTMENT OF CORRECTIONS
## Individualized Service Plan

| ICD-10 Diagnosis (code and description) | 1 | F29.  Unspecified schizophrenia spectrum and other psychotic disorders, provisional | 5 | |
|---|---|---|---|---|
| | 2 | | 6 | |
| | 3 | | 7 | |
| | 4 | | 8 | |

## Alerts: self-harm/suicide attempts, assaults, escapes, etc.
**Assaults:** IM has one DR for Aggravated Assault/Staff
**Self-harm and SHOS/TCU/CSU History:** It is in the IM's history that he has history of suicidal ideation.
**Escapes:** None reported          **Allergies:** NKDA

## Summary Of Institutional Adjustment
**Total # of DRs: 6   DRs within the past 6 months: 0             Gain time past 6 months: No gain time**
**For MHTF/TCU/CSU: Reason for admission according to referral:** IM was referred to Lake CI MHTF from Santa Rosa Annex due to bizarre and psychotic behaviors that include responding to internal stimuli, hallucinations of speaking with his dead mother, throwing water and smearing feces, aggressive behaviors towards staff, poor self-care, impaired insight/judgment, and not participating in treatment at a lower level of care.
**For MHTF/TCU/CSU:** Most recent BRA dated 11/8/16 indicates elevated scores of 2 or higher in the following areas: E. Predatory Behavior, G. Threat to safety of others, H. Homicidal Behavior, K. Disruptive Behaviors. IM's risk assessment dated 2/5/12 indicates that IM is a Risk A
**For CM: CM status: CM1   Date S-Grade assigned:  6   Adjustment:** poor

## Summary Of Treatment Compliance and Progress
**Compliant with the following percentage of Case Management/MHITV:        Counseling: 4/4     Psychiatry Apts: 5/5**
**Compliant with the following percentage of Recreation therapy:    9/9 (1CS)       Groups: 12/19       Medications: Court Ordered**
**Treatment Progress:** #110 Delusions: IM has decrease his delusions due to being medicine compliant; #152 Suicidal Behaviors: IM has not reported any SI/SA/HI since he has arrived to MHTF; #308 Discharge Readiness Skills: IM is asked to be discharged; however, he is still in need of consenting to mental health services and needs to be stabilized on his medications; #104 Anger Management: IM has not reported any anger issues since this last reporting period. He is attending groups and socializing more; IM though has had one ETO to decrease agitation; #135 was added to this ISP.
**Current Medications:** Clonidine 1 mg, Vistoril 75 mg. Cogentin 2 mg
**STRENGTHS:** Inmate is new to MHTF and his strengths are still being assessed.
**WEAKNESSES:** Inmate has a history of trauma, MH treatment, and maladaptive behaviors.

## Other Treatment Related Information & Deferred Problems
IM is a 27 y/o Black male. He is serving a 25 year sentence for 2ND DEG. MURD (ATTEMPT). IM CM status is CM 1. His MH grade is S6. He entered FDOC on 11/3/10. His EOS/TRD Date: 6/21/34
**Mental health treatment prior to incarceration:** IM's mental health treatment history is unknown except that he received mental health treatment in the community. **Medical Issues:** IM has been diagnosed with HTN, Seizure D/O
**Substance Abuse history and treatment received:** IM has a history of substance use in the community. It is also suspected that the IM used substances in prison. IM is not required to attend FDOC mandatory Substance Abuse program.
**Mental Health History while in Prison:** IM has a history of psychosis and SI while he has been incarcerated. His first admission to a higher level of care was SHOS on 12/28/15-1/8/16. He was admitted to TCU on 1/20/16 to 4/25/16. He was then admitted to CSU on 11/9/16 to 1/15/12. He was then admitted to MHTF on 1/15/12.

## Rationale for any ISP Changes
30 day review MHTF ISP. Admitted to MHTF on 1/15/12: Problem 135 Other Pathological Behaviors have been added to his ISP.

## Signatures:

| | | |
|---|---|---|
| JJ Jimenez, Psy.D. Licensed Psychologist Sr. Behavioral Analyst | Psy-D  Lake CI  4/12/17  Date | M. Dunn, MA, LMFT, MHP Centurion of FL/Lake CI  4/12/17  Date |
| Fischer RN  Lake CI | 4-12-17  Date | L. Lefler, MD  Case Manager Psychiatrist  Lake CI  Date |
| Nursing Representative | Date | |
| | | M. Mason Activity Therapist  Lake CI  4/12/17  Date |
| Correctional Officer | 4/12/17  Date | L. Lefler, MD Psychiatrist  Lake CI  Other (specify)  4/12/17  Date |
| Inmate/Patient | 4/12/17  Date | |

| | | Target Date (Next Review Date) | 05/12/2017 |
|---|---|---|---|

**Inmate Name**   Saintlot, Roland
**DC#**   Y45056                                 R/S      B/M
**Date of Birth**
**Institution**   Lake CI

RECEIVED
MENTAL HEALTH

FEB 0 7 2020

EXIBIT C
DENTAL REPORT

FILED USDC FLND TL
JUN 29'20 PM2:05

**DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**

# INMATE SICK-CALL REQUEST

Date:_____     Time:_____

Inmate Name:_____     DC#:_____

Housing assignment:_____

Job assignment:_____

Problem:

☐   Pass/pass renewal

☐   Medication renewal

☐   Need information (explain):_____

☐   Mental Health

☐   Dental

☐   Medical (explain):_____

_____

_____

_____

_____

_____

_____

When did problem/symptoms start?_____

_____

_____

_____

_____

**Inmate Name**_____

**DC#**_____**Race/Sex**_____

**Date of Birth**_____

**Institution**_____

Distribution:  Original—Nursing Supervisor
Pink—Inmate (**special housing only—otherwise
destroy copy**)
This form is not to be amended, revised, or altered
without approval by the Office Health Services-
Administration

**DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**

# INMATE SICK-CALL REQUEST

Date: 1/8/19                                   Time: _____

Inmate Name: Roland Saintlot          DC#: 745056

Housing assignment: B 2106

Job assignment: No Assignment Job

Problem:

☐   Pass/pass renewal

☐   Medication renewal

☐   Need information (explain): _____

☐   Mental Health

☑   Dental

☐   Medical (explain): My Dental Promble Is My Right teeth Is In pain
also chip, Every time I bite down I feel a Sharp pain
go Sick to My gum Sometime My gum Swoll up and
may Right teeth hurt. I suppose to get My Right
chip teeth fill in at My Next Appointment can
I Please Be Seen for My Right chip teeth that
Is In Pain Please Thank you Mad high Bless
You Amen

When did problem/symptoms start? This Problem/Symptoms Start
last week The Pain go on and off. Every time
I bite down A Sharp pain go Sick to my gum
also Right chip teeth that Suppose To Be fill in
at My Next Appointment can I Please Be Seen Thank you

Inmate Name Roland Saintlot
DC# 745056                     Race/Sex B/M
Date of Birth 11-28-1999
Institution Santa Rosa, CI

Distribution:  Original—Nursing Supervisor
Pink—Inmate (special housing only-otherwise
destroy copy)
This form is not to be amended, revised, or altered
without approval by the Office Health Services-
Administration

EXIBIT D
DEFENDANT(S)
SUMMARY JUDGMENT

FILED USDC FLND TL
JUN 29 '20 PM 2:05

"started last week Friday." *See Id*. at 35. Plaintiff then later complains about allegedly chipping his teeth but makes no mention of the November 10, 2016 incident during the complaint. *See Id*. at 41. No further complains are made about Plaintiff's teeth. *See* (Defendants' Exhibits G-1-G-7). As a result, based on Plaintiff's injuries not being greater than *de minimus* in nature, Plaintiff is not entitled to compensatory or punitive damages.[4]

## CONCLUSION

**WHEREFORE**, for the foregoing reasons, Defendants respectfully request this Court enter Summary Judgment in their favor.

<div style="margin-left: 40%">

Respectfully Submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**
Office of the Attorney General
The Capitol PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872

/s/ Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No.: 99829
Erik.Kverne@myfloridalegal.com

</div>

---

[4] As Plaintiff included language requesting "further relief as the Court deems just and proper," (Doc. 35 at 12), Plaintiff appears to be entitled to the possibility of recovery of nominal damages. *See Jackson*, 2013 WL at 2; *Honors*, 2011 WL at 6-7, n.2, n.3; *Holloway*, 571 F. Supp. 2d at 1272-73.

14

Roland Carly Saintlot DC#-743056
Santa Rosa Correctional Institution
5850 East Milton Rd
Milton, FL 32583



CHECKED

United States District Court
Northern District of Florida
Office of the Clerk
111 North Adams Street, Suite 322
Tallahassee, Florida 32301-7717

✳ LEGAL ✳
MAIL



MAILED FROM A STATE
CORRECTIONAL INSTITUTION

U.S. POSTAGE ›› PITNEY BOWES

ZIP 32583   $ 000.00°
02 4W
0003368416 JUN 26 2020



PROVIDED TO
SANTA ROSA C.I. ON:

JUN 25 2020   R.S

FOR MAILING BY