IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

Roland Carly Saintlot,
DOC# Y45056
Plaintiff,

V.

Officer WhiteHead, et al.,
Defendants.

Case No: 3:18-cv-441-TKW/MAF
Hon. T Kent Wetherell
Mag. Judge Martin A. Fitzpatrick

## SWORN AFFIDAVIT OF ROLAND CARLY SAINTLOT

Roland Carly Saintlot having been duly Sworn Under Oath, deposes and States:

1. I am over eighteen years of age and have personal knowledge of matters set forth herein.

2. On November 10, 2016 While housed in Q dormitory which is an inpatient mental Health Unit at Santa Rosa Correctional Institution Annex at approximately 10:00am or 11:00am, or within that time frame or thereabout, I Roland Carly Saintlot had a verbal dispute, arguement with one of the Defendant Officer WhiteHead and Officer Robert Putnam about me Sleeping In the Corner of the Wall in my Cell. After the Verbal dispute or Arguement was over Officer WhiteHead and Officer Robert Putnam left my Cell Q-2116s Q-Dorm Wing 2.

3. While In my Cell/Room Sleeping In the Corner face/facing the Wall Again, Disobeying Officer Order Due to the Verbal Arguement or dispute. I ROLAND CARLY SAINTLOT was laying down facing the Wall Sleep when I hear a Buzz noise like the Door open, As Soon I lift my Head to find out whats that Noise is I was Hit In the face with the sheild.

4. I ROLAND CARLY SAINTLOT Duly Sworn Under Oath at no

Page 1



time I was immobile or Unresponsiveness, I ROLAN CARLY SAIN-TLOT Duly Sworn Under Oath at No time I stood up and attempted to strike any officer with a close fist. I ROLAND CARLY SAINTLOT Duly Sworn Under Oath I ROLAND CARLY SAINTLOT was asleep but at no time was I unresponsive, To any staff. If they would have Knocked or Bang on My cell door I would have responded but they did not do this.

5. When these Sergeants and Officers entered my Cell unlawfully, they all commenced to physically beating me by Punching me with their fists and kicking me with their feet in boots. 7 officials proceeded to physically assault and batter me as a group. I was hit so many times from so many different directions that I could not account for who laid what Punch and/or Kicks. They Punched and Kicked me in the <u>Head</u>, <u>Face</u>, and <u>Upper torso</u> repeatedly for at least 2 to 3 minutes non stop while yelling out for me to stop resisting them. At no time did I resist them or try to fight them; all I did was ball up while they beat me, And try to protect myself the best I could. All the Defendant's named were telling me to stop resisting them, for the Sole Purpose to Unlawfully beating me. Officer Whitehead, Officer Putnam, Officer McClain, Officer Kerns, Sergeant Johnson (Now LT.) Officer Peacock, Officer Konzelman

6. Due to this beating, I suffered Multiple Physical Injuries Video footage show blood pouring out of My Mouth, and down My Chin and neck area dripping to the Ground Left side of My face swollen, left eye swollen and Red, left hand abrasion across knuckle including a Chipped or broken tooth. The Hand Held Camera and Incident Video toped will show these Physical Injuries.

7. After the beating stopped, I reported the staff abuse to

Page 2

the handheld Camera and Captain Janine Cannon.

8. It should be noted the Fixed Wing Cameras will Show this Staged false cell extraction where I was never given the opportunity to submit to hand restraints, said officials lied about me being unresponsive to enter my cell. It should be noted I was asleep but at no time was I unresponsive to any Staff.

9. All this is retaliation from early with Officer White Head and Officer Putman that had a Verbal dispute with me Roland Carly Saintlot and After the Verbal Dispute I Roland Carly Saintlot Disobey the officer order and went Back to Sleep In the Corner, was The Reason for The officer To Do this Unlawfully Beating.

10. It should also be noted that the Handheld Camera and fixed wing cameras will show some of my physical injuries from this beating

11. I exhausted all of my administrative remedies by filling grievances and giving them to Correctional Staff for processing.

Further Affiant Sayeth Naught

/s/ _____
Roland Carly Saintlot, DC# Y45056
Santa Rosa Correctional Institution
5850 East Milton Road
Milton, FL 32583

Page 3

## CERTIFICATION AND OATH

**UNDER THE PENALTIES OF PERJURY I CERTIFY**, that: I, understand English, have read the foregoing motion or it has been read to me and I understand its contents; the motion is filed in good faith and with a reasonable belief that it is timely filed, has potential merit, and does not duplicate previous motions that have been disposed of by the court; and the facts contained in the motion are true and correct.

On this 25 day of June, 2020

/s/ Roland Curly Saintlot
Roland Curly Saintlot

Santa Rosa Correctional Institution
5850 East Milton Road
Milton, Florida 32583

R.S.
PROVIDED TO
SANTA ROSA C.I. ON
**JUN 25 2020**
FOR MAILING BY

Roland Carly Jaintlot DC#:Y45056
Santa Rosa Correctional Institution
5850 East Milton Rd
Milton, FL 32583

CHECKED

United States District Court
Northern District of Florida
Office of the Clerk
111 North Adams Street, Suite 322
Tallahassee, Florida 32301-7717

MAILED FROM A STATE
CORRECTIONAL INSTITUTION



U.S. POSTAGE >> PITNEY BOWES
ZIP 32583 $ 000.00
02 4TT
0000368416 JUN 26 2020

*LEGAL*
MAIL



PROVIDED TO
SANTA ROSA C.I. ON
JUN 25 2020  R.S
FOR MAILING BY