# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**ROLAND CARLY SAINTLOT,**

   **Plaintiff,**

 **v.**                                                      **Case No. 3:18cv441-TKW-MAF**

**CHRISTOPHER WHITEHEAD,**
**et al.,**

   **Defendants.**
_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 123). No objections were filed. Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's disposition of Defendants' motion for summary judgment.

Accordingly, it is **ORDERED** that:

1.  The Report and Recommendation is adopted and incorporated by reference in this Order.

2.  Defendants' motion for summary judgment (Doc. 106) is **DENIED** as to:

    a.  Plaintiff's Eighth Amendment excessive force claims against the Defendants in their individual capacities; and

b. Plaintiff's claims for compensatory damages, punitive damages, mental and emotional damages, and nominal damages against the Defendants in their individual capacities.

3.   Plaintiff's claims for retention of jurisdiction and injunctive relief are **DISMISSED**.

4.   This case is **REMANDED** to the magistrate judge for further proceeding.

**DONE and ORDERED** this 19th day of October, 2020.

*T. Kent Wetherell, II*
_____

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**