UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ROLAND CARLY SAINTLOT,**

    **Plaintiff,**

v.                                Case No. 3:18cv441-TKW-MAF

**CHRISTOPHER WHITEHEAD,**
**et al.,**

    **Defendants.**
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 145). No objections were filed. Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that Plaintiff's motion for injunctive relief should be denied. Accordingly, it is **ORDERED** that:

1. The Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's motion for injunctive relief (Doc. 136) is **DENIED**.

**DONE and ORDERED** this 19th day of April, 2021.

                                    *T. Kent Wetherell, II*
                                    **T. KENT WETHERELL, II**
                                    **UNITED STATES DISTRICT JUDGE**