# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**ROLAND CARLY SAINTLOT,**

    **Plaintiff,**

vs.                                            Case No. 3:18cv441-TKW/MAF

**CHRISTOPHER WHITEHEAD,**
et al.,

    **Defendants.**

_____/

## ORDER SETTING VIDEO SETTLEMENT CONFERENCE

Judge T. Kent Wetherell has referred this case to me for a video settlement conference. To facilitate the conference, it is **ORDERED** that:

1. The settlement conference will take place by video conference on **Tuesday, June 22, 2021**, commencing at 10:00 a.m. Four hours have been reserved. Instructions for participating in the conference will be provided by the Clerk.

2. All parties and their counsel may participate in the process. A person with full settlement authority for all remaining parties must be available for consultation and agreement, though they need not be online for the whole conference.

3.  Before beginning the settlement conference, the parties shall negotiate and make a good-faith effort to settle the case without the involvement of the court.  At a minimum, specific proposals and counter proposals shall be exchanged, even if such proposals have been previously been exchanged.  Any settlement reached shall be immediately communicated to the court by filing a joint notice of settlement.

4.  The video conference will be conducted in such a manner as not to prejudice any party in the event settlement is not reached.  To that end, all matters communicated to me in confidence during the conference will be kept confidential and will not be disclosed to any other party or to the district judge.  I will, however, communicate to the other party those matters which a party wishes me to communicate.

5.  During the video conference I will briefly address the parties jointly and direct counsel to give a brief presentation outlining the factual and legal highlights of the case.  Thereafter, separate, confidential caucuses will be held with each party and the party's representative.  Prior to the conference counsel should consider, and where appropriate discuss with his or her client, the following issues or events that may arise during the separate caucuses:  (1) I may address a party personally; (2) I may ask counsel to assess the weaknesses or strengths of the claims and defenses; and (3) I

may ask counsel to discuss whether attorney fees or other expenses are affecting settlement and, if so, whether this has been communicated to the opposing party.

6. The parties will be permitted to have access to laptops and cell phones during the Settlement Conference, but are strongly cautioned about the need to keep all negotiations private. They should certainly not be shared with persons who are not involved in the case.

7. The parties may submit confidential letters/memos, not to exceed five (5) pages, in an envelope and marked "confidential" to my attention by Tuesday, June 14, 2021. In the letters/memos, the parties are requested to briefly summarize the remaining issues to be tried after the summary judgment ruling.

8. The conference will end when settlement is reached, or when I conclude that further negotiation is unlikely to result in settlement. If possible, any settlement will be reduced to writing and signed by the parties before the conference ends.

**DONE AND ORDERED** on May 24, 2021.

 s/ Martin A. Fitzpatrick
**MARTIN A. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE**